Laura Davis Jones (DE Bar No. 2436) (*Admitted Pro Hac Vice*)
Jeffrey W. Dulberg (CA Bar No. 181200)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    ljones@pszjlaw.com
           jdulberg@pszjlaw.com
           vnewmark@pszjlaw.com

Attorneys for Channel Technologies Group, LLC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,[1]<br><br>Debtor. | Case No.: 9:16-bk-11912-PC<br><br>Chapter 11<br><br>**SUBMISSION OF AMENDMENT TO SCHEDULES F & G**<br><br>[No Hearing Required] |

Channel Technologies Group, LLC, debtor and debtor in possession herein, hereby submits this *Amendment to Schedules F and G.*

Dated:    November 18, 2016        PACHULSKI STANG ZIEHL & JONES LLP


                                   By:   */s/ Jeffrey W. Dulberg*
                                         Jeffrey W. Dulberg

                                         Attorneys for Channel Technologies Group, LLC,
                                         Debtor and Debtor in Possession

---

[1] The last four digits of the Debtor's Tax Identification Number are:  0460. The Debtor's mailing address is: 879 Ward Drive, Santa Barbara, CA  93111.

DOCS_LA:302466.1 13817/002

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Channel Technologies Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **9:16-bk-11912-PC** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $ **15,421,804.14**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $ **15,421,804.14**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **2,860,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... $ **282,636.47**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **1,491,291.13**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                               $ **4,633,927.60**

**Fill in this information to identify the case:**

Debtor name: **Channel Technologies Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 9:16-bk-11912-PC

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alion<br>100 Burr Ridge Parkway Suite 202<br>Willowbrook, IL 60527-0845<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ☒ No  ☐ Yes | | $40,800.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Alta Properties, Inc.<br>Attn: General Counsel<br>P.O. Box 90326<br>Santa Barbara, CA 93190-0326<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Tax Reimbursement**<br>Is the claim subject to offset? ☒ No  ☐ Yes | | $43,983.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>BAE<br>65 River Road  Bldg<br>PTP-02 Receiving<br>Hudson, NH 03051-5228<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **8/26/2016- Date amount was paid by customer**<br>Is the claim subject to offset? ☒ No  ☐ Yes | | $275,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Kayo Denshi Co<br>5-19-13 Suneori-cho<br>Tsurugashima Saitama 350-2211<br>Japan<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ☒ No  ☐ Yes | | $21,179.60 |

| Debtor | **Channel Technologies Group, LLC** | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Leidos**<br>**22635 Davis Drive, Suite 160**<br>**Sterling, VA 20164** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,459.79** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Intl Holdings**<br>**9301 Largo Drive West**<br>**Upper Marlboro, MD 20774** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,998.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Science Application International**<br>**1710 SAIC Drive**<br>**Mc Lean, VA 22102** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$69,000.02** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Turkana**<br>**1315 116 Ave SW**<br>**Calgary, AB T2W 2G4**<br>**Canada** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,075.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Advance - Prior to 10/14/2016**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 497,495.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | **497,495.41** |

**Fill in this information to identify the case:**

Debtor name: **Channel Technologies Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **9:16-bk-11912-PC**

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Single Tenant Lease with Channel Technologies Group, Inc., the predecessor in interest to Alta Properties, Inc., the present landlord, for three commercial buildings comprising a total of approximately 126,293 square feet of space for general office, research and development, manufacturing and assembly located at 839, 859/861 and 869/879 Ward Drive, Santa Barbara, CA 93111. The lease commenced on December 29, 2011 and expires on December 22, 2023.** | |
| | State the term remaining | | **Alta Properties, Inc.**
**Attn: General Counsel**
**P.O. Box 90326**
**Santa Barbara, CA 93190-0326** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Channel Technologies Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 9:16-bk-11912-PC

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 18, 2016**    X /s/ signature
Signature of individual signing on behalf of debtor

**David Tiffany**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors