1  Laura Davis Jones (DE Bar No. 2436) (*Admitted Pro Hac Vice*)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  Victoria A. Newmark (CA Bar No. 183581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA  90067
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  E-mail:    ljones@pszjlaw.com
               jdulberg@pszjlaw.com
6              vnewmark@pszjlaw.com

7  Attorneys for Channel Technologies Group, LLC,
   Debtor and Debtor in Possession

8

              **UNITED STATES BANKRUPTCY COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                    **NORTHERN DIVISION**

11

12  | In re: | Case No.:  9:16-bk-11912-PC |
    | --- | --- |
13  | | Chapter 11 |
    | CHANNEL TECHNOLOGIES GROUP, LLC,[1] | |
14  | | **SUBMISSION OF AMENDMENT TO SCHEDULE E** |
    | Debtor. | |
15  | | [No Hearing Required] |
16

17         Channel Technologies Group, LLC, debtor and debtor in possession herein, hereby submits

18  this *Amendment to Schedule E.*

19

20  Dated:    November 21, 2016          PACHULSKI STANG ZIEHL & JONES LLP

21

22                                       By:   */s/ Jeffrey W. Dulberg*
                                               Jeffrey W. Dulberg

23                                             Attorneys for Channel Technologies Group, LLC,
                                               Debtor and Debtor in Possession
24

25

26

27

28  ───────────────
    [1] The last four digits of the Debtor's Tax Identification Number are:  0460. The Debtor's mailing address is: 879 Ward Drive, Santa Barbara, CA  93111.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Fill in this information to identify the case: |
| --- |

Debtor name   **Channel Technologies Group, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **9:16-bk-11912-PC**

■ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................... $          **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $    **15,421,804.14**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................... $    **15,421,804.14**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **2,860,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $    **282,636.47**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$    **1,491,291.13**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                  $    **4,633,927.60**

**Fill in this information to identify the case:**

Debtor name  **Channel Technologies Group, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **9:16-bk-11912-PC**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Amedeo Mazzilli**<br>**Address on File** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,301.50 | $3,301.50 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee wages and PTO** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| **2.2** Priority creditor's name and mailing address<br>**Arsen Melconian**<br>**Address on File** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,120.52 | $5,120.52 |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee wages and PTO** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | **Channel Technologies Group, LLC** | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,472.32 | $3,472.32 |
|---|---|---|---|---|

**Arthur Krokus**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,195.00 | $3,195.00 |
|---|---|---|---|---|

**Arturo Ortega**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,929.50 | $2,929.50 |
|---|---|---|---|---|

**Barry J Robinson**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,146.50 | $3,146.50 |
|---|---|---|---|---|

**Bradley J. Altavilla**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Channel Technologies Group, LLC** | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,340.00 | $4,340.00 |
|---|---|---|---|---|

**Brent Febo**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,195.00 | $3,195.00 |
|---|---|---|---|---|

**Brian Dolan**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,496.24 | $4,496.24 |
|---|---|---|---|---|

**Brian G. Pazol**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,959.60 | $2,959.60 |
|---|---|---|---|---|

**Carolyn Gamberutti**
**Address on File**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Channel Technologies Group, LLC** | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,872.64 | $2,872.64 |
|---|---|---|---|---|
| | **Constance Ursch** | *Check all that apply.* | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,514.50 | $3,514.50 |
|---|---|---|---|---|
| | **Damon De La Pena** | *Check all that apply.* | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,138.00 | $3,138.00 |
|---|---|---|---|---|
| | **Daniel Forseth** | *Check all that apply.* | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,455.51 | $3,455.51 |
|---|---|---|---|---|
| | **Ender Kuntsal** | *Check all that apply.* | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | **Channel Technologies Group, LLC** | | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,482.12 | $3,482.12 |
|---|---|---|---|---|

**Eric Horning**
**Address on File**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,933.84 | $2,933.84 |
|---|---|---|---|---|

**Geoffrey S. Warner**
**Address on File**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,875.50 | $2,875.50 |
|---|---|---|---|---|

**Gregory Hutchison**
**Address on File**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,174.55 | $3,174.55 |
|---|---|---|---|---|

**Jane Weiler**
**Address on File**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Channel Technologies Group, LLC** | Case number (if known) | **9:16-bk-11912-PC** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,133.66 | $3,133.66 |
|---|---|---|---|---|
| | **John Longyear** | Check all that apply. | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,242.41 | $3,242.41 |
|---|---|---|---|---|
| | **John Mather** | Check all that apply. | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,313.09 | $4,313.09 |
|---|---|---|---|---|
| | **Mark T. Shaw** | Check all that apply. | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,901.77 | $4,901.77 |
|---|---|---|---|---|
| | **William Cidzik** | Check all that apply. | | |
| | **Address on File** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee wages and PTO** | | |
| | Last 4 digits of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | Channel Technologies Group, LLC | Case number (if known) | 9:16-bk-11912-PC |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,978.22  $2,978.22 |
| | **Yasuhiro Ochi** | *Check all that apply.* | |
| | **Address on File** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee wages and PTO** | |
| | Last 4 digits of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** _____ | ☐ Unliquidated | |
| | **Last 4 digits of account number** _____ | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | | Is the claim subject to offset?  ☐ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 80,171.99 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 80,171.99 |

**Fill in this information to identify the case:**

Debtor name    **Channel Technologies Group, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:16-bk-11912-PC**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2016**    X _____
                                            Signature of individual signing on behalf of debtor

**David Tiffany**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor