Laura Davis Jones (DE Bar No. 2436) *(admitted pro hac vice)*
Jeffrey W. Dulberg (CA Bar No. 181200)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   ljones@pszjlaw.com
          jdulberg@pszjlaw.com
          vnewmark@pszjlaw.com

Attorneys for Channel Technologies Group, LLC, Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re:

CHANNEL TECHNOLOGIES GROUP, LLC,

Debtor.

Case No.: 9:16-bk-11912-PC

Chapter 11

**DECLARATION OF DAVID TIFFANY RE SERVICE OF DEBTOR'S FIRST STATUS REPORT**

[Relates to Docket No. 166]

Status Conference
Date:   January 11, 2017
Time:   10:00 a.m.
Place:  Courtroom 201
        1415 State Street
        Santa Barbara, CA 93101

Judge: Hon. Peter H. Carroll

I, David Tiffany, declare as follows:

1.   I am a Director of CR3 Partners, LLC ("CR3"), an advisory firm with offices in Dallas, Texas and other cities in the United States. As of the Petition Date, I am the Chief Restructuring Officer of Channel Technologies Group, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"). If I were called to testify as a witness in this matter, I could and would

DOCS_LA:303136.1 13817/002

1 competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this Declaration on behalf of the Debtor.

2. On January 3, 2017, under my direction and supervision, the Debtor's personnel with the requisite level of security clearance caused to be served the *Debtor's First Status Report*, upon each counterparty listed on **Exhibit "A"** hereto (the "Classified Counterparties"), in each case in accordance with the provisions of the relevant classified contract.

3. In accordance with the Court's *Order Granting Emergency Motion for Order Limiting Scope of Notice* [Dkt. No. 62], the names and addresses of Classified Counterparties are redacted from **Exhibit "A"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3 day of January, 2017 at Los Angeles, California.

David Tiffany

DOCS_LA:303136.1 13817/002

2

# EXHIBIT A

# EXHIBIT A

## Classified Notice Parties

**Names and Addresses Redacted**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID TIFFANY RE SERVICE OF DEBTOR'S FIRST STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 3, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 3, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Federal Express**
The Honorable Peter H. Carroll
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 230 / Ctrm. 201
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2017 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:303233.1 13817/002

**Mailing Information for Case 9:16-bk-11912-PC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

   - Daniel Denny    ddenny@gibsondunn.com
   - Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
   - Michael S Greger    mgreger@allenmatkins.com
   - William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
   - Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
   - David W. Meadows    david@davidwmeadowslaw.com
   - Samuel A Newman    snewman@gibsondunn.com
   - Victoria Newmark    vnewmark@pszjlaw.com
   - Reed H Olmstead    reed@olmstead.law, olmstead.ecf@gmail.com
   - United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
   - Alan J Watson    alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

2. **SERVED BY UNITED STATES MAIL**:

**Channel Technologies Group, LLC**
**Ch 11 Case No.: 9:16-bk-11912-PC**
**2002 Service List**

**Debtor**
Channel Technologies Group, LLC
Attn:    David Tiffany
         Chief Restructuring Officer
879 Ward Drive
Santa Barbara, CA  93111

Brian Fittipaldi, Esq.
United States Trustee
128 East Carrillo Street
Santa Barbara, CA  93101

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017

Charles Miller, Member
5916 Carnegie Lane
Plano, Texas 75093

CR3 Partners
Attn:  William Snyder; David Tiffany;
       Robert Carringer; Michael Nguyen
13727 Noel Road, Suite 200
Dallas, TX  75240

**Claims Agent**
Prime Clerk
Attn:  Michael J. Frishberg
830 3rd Avenue
New York, NY 10022

**Bank**
CIT/One West
Gordon Lenarth, Director
Treasury Management Group
888 East Walnut Street
Pasadena, CA  91101
Email:  gordon.lenarth@cit.com

**Government Entities**

Loretta E. Lynch
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, D.C.  20530-0001

U.S. Dept. of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC  20044

Eileen M. Decker, U.S. Attorney
Dorothy A. Schouten, AUSA, Civil Chief
Elan S. Levey, AUSA
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA  90012

Kamala D. Harris
State of California
Office of the Attorney General
1300 "I" Street
Sacramento, CA  95814-2919

Felix E. Leatherwood
   Supervising Deputy AG
Brain D. Wesley, Deputy AG
300 South Spring Street, Suite 1702
Los Angeles, CA  90013

DFAS
Attn:  Office of the General Counsel
8899 East 56th Street
Indianapolis, IN  46349-0160

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1332 Anacapa St.<br>Santa Barbara, CA 93101 | CA Franchise Tax Board<br>BK Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Littleton Massachusetts Chief Assessor<br>Attn: Katherine Miller<br>37 Shattuck Street, Room 206<br>Littleton, MA 01460 | Littleton Massachusetts Tax Collector<br>Attn: Deborah Richards<br>37 Shattuck Street, Room 207<br>Littleton, MA 01460 | CA Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 95812-2952 |
| Santa Barbara County Tax Collector<br>Attn: Harry E. Hagen<br>105 East Anapamu Street, Suite 109<br>Santa Barbara, CA 93102 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | State Board of Equalization<br>Special Operations BK Team, MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 |
| Massachusetts Dept. of Revenue<br>P.O. Box 9550<br>Boston, MA 02114-9550 | Massachusetts Dept. of Revenue<br>P.O. Box 7010<br>Boston, MA 02204 | |

**TOP 20 LARGEST**

| | | |
|---|---|---|
| BAE Systems<br>Attn: Kim Dean<br>65 River Road<br>Hudson, NH 03051-5228 | SCIENCE APPLICATION INT'L CORP.<br>Attn: Laura Hyden<br>151 Lafayette Drive, Suite 301<br>P.O. Box 2501<br>Oak Ridge, TN 37830 | PRECISION SCREW MACHINE<br>  PRODUCTS, INC.<br>Attn: Joseph A. Moreshead<br>30 GOOCH STREET<br>P.O. BOX 1944<br>BIDDEFORD, ME 04005 |
| ALION<br>Attn: Paul Hendryz<br>1000 Burr Ridge Parkway<br>Suite 202<br>Burr Ridge, IL 60527 | LEIDOS<br>Attn: Kristin M. Grimes, Legal Dept.<br>11955 Freedom Drive, 16th Floor<br>Reston, VA 20190 | ADVANCED GEOENVIRONMENTAL, INC.<br>2300 KNOLL DR., UNIT L<br>VENTURA, CA 93003 |
| | HERAEUS PRECIOUS METALS<br>  NORTH AMERICA<br>Attn: Ryan Hermann<br>24 UNION HILL ROAD<br>WEST CONSHOHOCKEN, PA 19428 | MEL CHEMICALS<br>Attn: Patricia Jones<br>14271 Collection Center Drive<br>Chicago, IL 60693 |
| CNC MACHINING, INC.<br>Attn: Greg Brous, President/CEO Admin.<br>510 S. Fairview Avenue<br>Goleta, CA 93117 | KAYO DENSHI CO., LTD.<br>Attn: Ms. Chieko Murakami<br>5-19-13 Suneori-cho<br>Tsurugashima, Saitama 350-2211<br>Japan | VALUE BASED SOLUTIONS<br>Attn: Roland Ciaramitaro<br>1651 Crossings Parkway<br>Suites B & C<br>Westlake, OH 44145 |
| ASTRO INDUSTRIES, INC.<br>Attn: A. Hinders<br>4403 DAYTON XENIA ROAD<br>BEAVERCREEK, OH 45432 | CAL WEST ENVIRONMENTAL<br>Attn: Cathy Williams<br>2386 First Street<br>La Verne, CA 91750-5545 | PHOENIX INTL HOLDINGS, INC.<br>Attn: O.Glover/Ken Pollock<br>9301 Largo Drive West<br>Largo, MD 20774 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:303233.1 13817/002

| | | |
|---|---|---|
| NRL & ASSOCIATES, INC.<br>Attn: Jeff Rumsey<br>245 Log Canoe Circle, Suite I<br>Stevensville, MD 21666 | MI-TECH METALS, INC.<br>Attn: Kathi Slaughter<br>4701 Massachusetts Avenue<br>Indianapolis, IN 46218-3144 | GRAINGER<br>Attn: Tracy Dillon<br>101 S. Rice Road<br>Oxnard, CA 93030 |
| MORGAN TECHNICAL CERAMICS<br>Attn: Kay Griffiths<br>Vauxhall Industrial Estate<br>Ruabon Wrexham LL14 6HY<br>United Kingdom | GLENAIR, INC.<br>Attn: Pam Ama-Hawkins<br>1211 Air Way<br>Glendale, CA 91201 | MISSION UNIFORM SERVICE<br>Attn: William Slade<br>725 E. Montecito<br>Santa Barbara, CA 93102 |

### Secured Creditors

| | |
|---|---|
| **Prepetition Secured Creditor/DIP Lender**<br>Blue Wolf Capital Partners<br>Attn: President<br>One Liberty Plaza, 52nd Floor<br>New York, NY 10006 | **Counsel to Blue Wolf Capital Fund II, L.P.**<br>John J. Monaghan<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |

### Interested Parties

| | | |
|---|---|---|
| Amerisource Funding, Inc.<br>7225 Langtry Street<br>Houston, TX 77040 | Fidus Mezzanine Capital II, L.P.<br>  as Collateral Agent<br>1603 Orrington Avenue, Suite 1005<br>Evanston, IL 60201 | Gladstone Investment Corporation<br>1521 West Branch Drive, Suite 200<br>McLean, VA 22102 |
| | Wells Fargo Business Credit<br>  Government Services Group<br>A Div. of Wells Fargo Bank, N.A.<br>2010 Corporate Ridge, Suite 900<br>McLean, VA 22102 | **Counsel for MSI Transducers Corp.**<br>Christopher M. Candon<br>Sheehan Phinney Bass & Green<br>1000 Elm Street, 17th Floor<br>Manchester, NH 03101 |

### Request for Special Notice

| | | |
|---|---|---|
| **Counsel for Northrop Grumman Corp.**<br>Samuel A. Newman<br>Daniel B. Denny<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | **Counsel for Attorneys for Creditor BAE Systems Information and Electric Systems Integration, Inc.**<br>Robert R. Moore<br>Michael S. Greger<br>William W. Huckins<br>Allen Matkins<br>Three Embarcadero Center, 12th Fl.<br>San Francisco, CA 94111 | **Counsel for Lockheed Martin Corp.**<br>Christopher R. Donoho, III<br>M. Shane Johnson<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022 |
| **Counsel to Blue Wolf Capital Fund II, L.P.**<br>Alan J. Watson<br>Holland & Knight LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071-2040 | | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:303233.1 13817/002