Laura Davis Jones (DE Bar No. 2436) (*Admitted Pro Hac Vice*)
Jeffrey W. Dulberg (CA Bar No. 181200)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ljones@pszjlaw.com
        jdulberg@pszjlaw.com
        vnewmark@pszjlaw.com

Attorneys for Channel Technologies Group, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,[1]<br><br>                    Debtor. | Case No.:  9:16-bk-11912-PC<br><br>Chapter 11<br><br>**SUBMISSION OF <u>AMENDED</u> MONTHLY OPERATING REPORT FOR THE PERIOD JANUARY 1, 2017– JANUARY 31, 2017** |

**TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE**

**AND ALL INTERESTED PARTIES**:

        Channel Technologies Group, LLC, the above-captioned Chapter 11 debtor and debtor in possession, hereby submits its Amended Monthly Operating Report for the period January 1, 2017 – January 31, 2017.

Dated:    February 16, 2017

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Jeffrey W. Dulberg*
      Jeffrey W. Dulberg

      Attorneys for Channel Technologies
      Group, LLC, Debtor and Debtor in
      Possession

---

[1] The last four digits of the Debtor's Tax Identification Number are:  0460. The Debtor's mailing address is: 879 Ward Drive, Santa Barbara, CA  93111.

DOCS_LA:304084.1 13817/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Channel Technologies Group, LLC | | |
| | Case Number: | 9:16-bk-11912-PC |
| | Operating Report Number: | 4 |
| Debtor(s). | For the Month Ending: | 1/31/2017 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 9,037,732 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $ | 7,302,673 |
| 3. BEGINNING BALANCE: | $ | 1,735,059 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | | |
|---|---|---|---:|
| Accounts Receivable - Post-filing | | $ | 1,025,500 |
| Accounts Receivable - Pre-filing | | $ | 17,165 |
| General Sales | | $ | - |
| Other (Specify) | Interest | $ | 4 |
| | Vendor refunds | $ | 3,234 |
| | Insurance Refund | $ | 9,916 |
| | Rental Income | $ | 27,230 |
| | Sale of Asset | $ | 1,164 |
| | Employee reimbursement | $ | 100 |
| **Other (Specify) | | | |

| | | |
|---|---|---:|
| TOTAL RECEIPTS THIS PERIOD: | $ | 1,084,314 |
| 5. BALANCE: | $ | 2,819,373 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---:|
| Transfers to Other DIP Accounts (from page 2) | $ | 537,356 |
| Disbursements (from page 2) | $ | 751,777 |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | $ | 1,289,134 |
| 7. ENDING BALANCE: | $ | 1,530,239 |

| | |
|---|---|
| 8. General Account Number(s): | 5500006384 |
| | East West Bank |
| Depository Name & Location: | 135 N. Los Robles Ave., Suite 600 |
| | Pasadena, CA 91101 |

\* All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\***This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM *GENERAL ACCOUNT* FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/2/2017 | 166 | ROBERT SHEPPARD | Employee Reimbursement or Final Check | | $2,461 | $2,461 |
| 1/2/2017 | 165 | ROBERT SHEPPARD | Employee Reimbursement or Final Check | | $1,380 | $1,380 |
| 1/3/2017 | N/A | CIT Bank | Bank Fees | | $932 | $932 |
| 1/3/2017 | N/A | Med-I-Bank | Flexible Spending Account | | $208 | $208 |
| 1/3/2017 | N/A | Med-I-Bank | Flexible Spending Account | | $63 | $63 |
| 1/3/2017 | N/A | East West Bank | Bank Fees | | $60 | $60 |
| 1/3/2017 | N/A | The Hartford | Workers' Comp Insurance | | $34 | $34 |
| 1/4/2017 | N/A | ADP | Payroll | | $142,734 | $142,734 |
| 1/4/2017 | N/A | ADP | Payroll Taxes | | $89,396 | $89,396 |
| 1/4/2017 | N/A | ANTHEM BLUE CROSS | Insurance Premiums/Fees | | $24,868 | $24,868 |
| 1/4/2017 | N/A | AETNA | Insurance Premiums/Fees | | $13,574 | $13,574 |
| 1/4/2017 | N/A | ADP | Payroll | | $1,399 | $1,399 |
| 1/4/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/4/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/4/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/4/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/4/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for CR3 | $40,900 | $0 | $40,900 |
| 1/4/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Lender's Legal | $6,250 | $0 | $6,250 |
| 1/4/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Prime Clerk | $5,823 | $0 | $5,823 |
| 1/4/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for PSZJ | $43,750 | $0 | $43,750 |
| 1/4/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve for US Trustee | $13,000 | $0 | $13,000 |
| 1/5/2017 | 187 | SOUTHERN CALIFORNIA EDISON CO | Utilities | | $11,127 | $11,127 |
| 1/5/2017 | 174 | GLOBAL DOCUMENT DESTRUCTIOIN | Business Services | | $4,802 | $4,802 |
| 1/5/2017 | 185 | IMPULSE ADVANCED COMMUNIC | Telecommunication Services | | $1,900 | $1,900 |
| 1/5/2017 | 179 | MISSION UNIFORM SERVICE | Uniform Cleaning Services | | $1,744 | $1,744 |
| 1/5/2017 | 178 | MILLERS BUILDING MAINTENANCE | Janitorial Services | | $1,730 | $1,730 |
| 1/5/2017 | 171 | CLINICAL LABORATORY OF SAN BERNARDIN | Lab Testing | | $1,350 | $1,350 |
| 1/5/2017 | 188 | THE GAS COMPANY | Utilities | | $1,016 | $1,016 |
| 1/5/2017 | 183 | UPS | Freight | | $669 | $669 |
| 1/5/2017 | 176 | METTLER TOLEDO | Building Services | | $625 | $625 |
| 1/5/2017 | 184 | GOLETA WATER DISTRICT | Utilities | | $365 | $365 |
| 1/5/2017 | 172 | FEDEX FREIGHT | Freight | | $279 | $279 |
| 1/5/2017 | 175 | JOHN MATHER | Employee Reimbursement or Final Check | | $264 | $264 |
| 1/5/2017 | 167 | ADAM MAZZILLI | Employee Reimbursement or Final Check | | $211 | $211 |
| 1/5/2017 | 177 | MID-STATE CONTAINER SALES INC | Storage Containers | | $184 | $184 |
| 1/5/2017 | 182 | SHRED-IT USA LLC | Building Services | | $177 | $177 |
| 1/5/2017 | 180 | PITNEY BOWES GLOBAL FINANCIAL | Building Services | | $153 | $153 |
| 1/5/2017 | 186 | MARBORG INDUSTRIES | Trash Pickup/Hazardous Waste | | $153 | $153 |
| 1/5/2017 | 170 | CAROLYN GAMBERUTTI | Employee Reimbursement or Final Check | | $73 | $73 |
| 1/5/2017 | 181 | PURETEC INDUSTRIAL WATER | Building Services | | $70 | $70 |
| 1/5/2017 | 173 | FIRST CHOICE | Building Services | | $67 | $67 |
| 1/5/2017 | 168 | AMERIGAS PROPANE LP | Production Material/Supplies | | $36 | $36 |
| 1/5/2017 | N/A | East West Bank | Bank Fees | | $18 | $18 |
| 1/5/2017 | N/A | East West Bank | Bank Fees | | $16 | $16 |
| 1/5/2017 | N/A | East West Bank | Bank Fees | | $15 | $15 |
| 1/5/2017 | N/A | East West Bank | Bank Fees | | $5 | $5 |
| 1/5/2017 | 167175 | Joshua McDonough | Payroll | | $1,043 | $1,043 |
| 1/5/2017 | 167176 | Gideon Pascual | Payroll | | $922 | $922 |
| 1/6/2017 | N/A | Great West | Employee 401k contributions | | $13,012 | $13,012 |
| 1/9/2017 | N/A | East West Bank | Bank Fees | | $10 | $10 |
| 1/10/2017 | N/A | IGOE and Company | Flexible Spending Account | | $1,922 | $1,922 |
| 1/10/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for CR3 | $33,400 | $0 | $33,400 |
| 1/10/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Lender's Legal | $6,250 | $0 | $6,250 |
| 1/10/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Prime Clerk | $2,519 | $0 | $2,519 |
| 1/10/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for PSZJ | $43,750 | $0 | $43,750 |
| 1/10/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve for Property Tax | $76,457 | $0 | $76,457 |
| 1/12/2017 | 189 | ROBERT K. PINO | Employee Reimbursement or Final Check | | $7,701 | $7,701 |
| 1/12/2017 | 200 | SANSUM CLINIC OCC. MEDICINE | Lab Testing | | $4,613 | $4,613 |
| 1/12/2017 | 201 | MARCO ESCOBAR | Employee Reimbursement or Final Check | | $4,483 | $4,483 |
| 1/12/2017 | 198 | MARBORG INDUSTRIES | Trash Pickup/Hazardous Waste | | $2,744 | $2,744 |
| 1/12/2017 | 192 | ARION GLOBAL INC | Building Services | | $1,395 | $1,395 |
| 1/12/2017 | 199 | MISSION UNIFORM SERVICE | Uniform Cleaning Services | | $1,076 | $1,076 |
| 1/12/2017 | 193 | Bebko Central Machining | Production Material/Supplies | | $975 | $975 |
| 1/12/2017 | 195 | FEDEX FREIGHT | Freight | | $785 | $785 |
| 1/12/2017 | 197 | HARBOR OFFICE SOLUTIONS | Business Services | | $496 | $496 |
| 1/12/2017 | 202 | LEAF | Other | | $350 | $350 |
| 1/12/2017 | 196 | FRONTIER | Telecommunication Services | | $334 | $334 |
| 1/12/2017 | 190 | ADAM MAZZILLI | Employee Reimbursement or Final Check | | $211 | $211 |
| 1/12/2017 | 191 | AIRGAS USA, LLC | Production Material/Supplies | | $133 | $133 |

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/12/2017 | 194 | FEDEX | Freight | | $64 | $64 |
| 1/13/2017 | N/A | The Hartford | Workers' Comp Insurance | | $3,796 | $3,796 |
| 1/13/2017 | 203 | BRANDON VANG | Payroll | | $976 | $976 |
| 1/13/2017 | N/A | ADP | Payroll Fees | | $300 | $300 |
| 1/16/2017 | 167085 | Void Check 167085 | Payroll | | ($4,483) | ($4,483) |
| 1/17/2017 | N/A | Human Health Services | Insurance Premiums/Fees | | $6,051 | $6,051 |
| 1/17/2017 | 206 | BAY ALARM COMPANY | Security System | | $1,945 | $1,945 |
| 1/17/2017 | 204 | ATLAS FOAM PRODUCTS | Production Material/Supplies | | $179 | $179 |
| 1/18/2017 | N/A | ADP | Payroll | | $144,112 | $144,112 |
| 1/18/2017 | N/A | ADP | Payroll Taxes | | $87,722 | $87,722 |
| 1/18/2017 | N/A | ANTHEM BLUE CROSS | Insurance Premiums/Fees | | $28,359 | $28,359 |
| 1/18/2017 | N/A | American Express | Credit Card Payment | | $18,136 | $18,136 |
| 1/18/2017 | N/A | ADP | Payroll | | $1,399 | $1,399 |
| 1/18/2017 | N/A | CIT Bank | Bank Fees | | $795 | $795 |
| 1/18/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for CR3 | $33,400 | $0 | $33,400 |
| 1/18/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Lender's Legal | $6,250 | $0 | $6,250 |
| 1/18/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Prime Clerk | $2,519 | $0 | $2,519 |
| 1/18/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for PSZJ | $43,750 | $0 | $43,750 |
| 1/18/2017 | 167177 | Joshua McDonough | Payroll | | $1,045 | $1,045 |
| 1/18/2017 | 167177 | Gideon Pascual | Payroll | | $912 | $912 |
| 1/19/2017 | 218 | PLEX SYSTEMS,INC | ERP Subscription Fee | | $17,120 | $17,120 |
| 1/19/2017 | 209 | LINA (CIGNA GROUP INSURANCE) | Insurance Premiums/Fees | | $4,371 | $4,371 |
| 1/19/2017 | 208 | ANALYTICAL CONSULTING GROUP, INC. | Building Services | | $1,500 | $1,500 |
| 1/19/2017 | 224 | VERIZON WIRELESS | Telecommunication Services | | $889 | $889 |
| 1/19/2017 | 214 | MARBORG INDUSTRIES | Trash Pickup/Hazardous Waste | | $754 | $754 |
| 1/19/2017 | 221 | SPHERION STAFFING LLC | Temp Labor | | $697 | $697 |
| 1/19/2017 | 207 | AETNA | Insurance Premiums/Fees | | $517 | $517 |
| 1/19/2017 | 211 | COLONIAL PROCESSING CENTER | Insurance Premiums/Fees | | $506 | $506 |
| 1/19/2017 | 213 | GLOBAL DOCUMENT DESTRUCTIOIN | Business Services | | $361 | $361 |
| 1/19/2017 | 217 | MOBILE MINI | Storage Containers | | $235 | $235 |
| 1/19/2017 | 212 | FIDELITY SECURITY LIFE/EYEMED | Insurance Premiums/Fees | | $206 | $206 |
| 1/19/2017 | 216 | MID-STATE CONTAINER SALES INC | Storage Containers | | $184 | $184 |
| 1/19/2017 | 210 | CITY OF GOLETA | Taxes/Governmet Fees | | $117 | $117 |
| 1/19/2017 | 220 | SANTA BARBARA COUNTY CLERK-RECORDER | Taxes/Governmet Fees | | $93 | $93 |
| 1/19/2017 | 223 | UPS | Freight | | $56 | $56 |
| 1/19/2017 | 219 | RAYNE OF SANTA BARBARA INC | Building Services | | $31 | $31 |
| 1/19/2017 | 215 | MICHAEL BEARD | Employee Reimbursement or Final Check | | $7 | $7 |
| 1/20/2017 | N/A | Great West | Employee 401k contributions | | $12,485 | $12,485 |
| 1/20/2017 | N/A | The Hartford | Workers' Comp Insurance | | $3,761 | $3,761 |
| 1/20/2017 | 225 | HEATH PRAY | Employee Reimbursement or Final Check | | $1,627 | $1,627 |
| 1/20/2017 | N/A | ADP | Payroll Fees | | $146 | $146 |
| 1/24/2017 | N/A | ADP | Payroll Taxes | | $27,516 | $27,516 |
| 1/24/2017 | N/A | ANTHEM BLUE CROSS | Insurance Premiums/Fees | | $16,665 | $16,665 |
| 1/24/2017 | N/A | ADP | Payroll Fees | | $2,394 | $2,394 |
| 1/24/2017 | N/A | IGOE and Company | Flexible Spending Account | | $90 | $90 |
| 1/24/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/24/2017 | N/A | East West Bank | Bank Fees | | $12 | $12 |
| 1/24/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for CR3 | $33,400 | $0 | $33,400 |
| 1/24/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Lender's Legal | $6,250 | $0 | $6,250 |
| 1/24/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Prime Clerk | $2,519 | $0 | $2,519 |
| 1/24/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for PSZJ | $43,750 | $0 | $43,750 |
| 1/26/2017 | 232 | MILLERS BUILDING MAINTENANCE | Janitorial Services | | $5,160 | $5,160 |
| 1/26/2017 | 236 | RACKSPACE | Telecommunication Services | | $5,020 | $5,020 |
| 1/26/2017 | 239 | THE GAS COMPANY | Utilities | | $4,100 | $4,100 |
| 1/26/2017 | 231 | LAWRENCE E. PRICE | Utilities | | $2,378 | $2,378 |
| 1/26/2017 | 243 | STATE BOARD OF EQUALIZATION | Taxes/Governmet Fees | | $1,094 | $1,094 |
| 1/26/2017 | 233 | MISSION UNIFORM SERVICE | Uniform Cleaning Services | | $852 | $852 |
| 1/26/2017 | 242 | STATE BOARD OF EQUALIZATION | Taxes/Governmet Fees | | $644 | $644 |
| 1/26/2017 | 228 | BAY ALARM COMPANY | Security System | | $583 | $583 |
| 1/26/2017 | 241 | VERIZON WIRELESS | Telecommunication Services | | $448 | $448 |
| 1/26/2017 | 226 | AMERIGAS PROPANE LP | Production Material/Supplies | | $166 | $166 |
| 1/26/2017 | 234 | PRAXAIR | Production Material/Supplies | | $155 | $155 |
| 1/26/2017 | 244 | CORPORATION SERVICE COMPANY | Business Services | | $110 | $110 |
| 1/26/2017 | 245 | CORPORATION SERVICE COMPANY | Business Services | | $110 | $110 |
| 1/26/2017 | 246 | CORPORATION SERVICE COMPANY | Business Services | | $110 | $110 |
| 1/26/2017 | 240 | UPS | Freight | | $103 | $103 |

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/26/2017 | 230 | ELLSWORTH ADHESIVES | Production Material/Supplies | | $102 | $102 |
| 1/26/2017 | 237 | SHRED-IT USA LLC | Building Services | | $75 | $75 |
| 1/26/2017 | 235 | PURETEC INDUSTRIAL WATER | Building Services | | $52 | $52 |
| 1/27/2017 | N/A | ADP | Payroll Fees | | $299 | $299 |
| 1/30/2017 | N/A | East West Bank | Bank Fees | | $10 | $10 |
| 1/30/2017 | N/A | East West Bank | Bank Fees | | $10 | $10 |
| 1/30/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for CR3 | $40,900 | $0 | $40,900 |
| 1/30/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Lender's Legal | $6,250 | $0 | $6,250 |
| 1/30/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for Prime Clerk | $2,519 | $0 | $2,519 |
| 1/30/2017 | N/A | PROFESSIONAL FEES ACCOUNT - 5500006391 | Reserve Payment for PSZJ | $43,750 | $0 | $43,750 |
| 1/31/2017 | N/A | IGOE and Company | Flexible Spending Account | | $70 | $70 |
| | | | | | $0 | $0 |
| | | | | | $0 | $0 |
| | | | | | $0 | $0 |
| | | | | | $0 | $0 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $537,356 | $751,777 | $1,289,134 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

TOTAL DISBURSEMENTS FROM *PROFESSIONAL SERVICES ACCOUNT* FOR CURRENT PERIOD

| **Deposits** | | | | **Amount** |
|---|---|---|---|---|
| ITD December | | Ending Balance - Prior Period | Balance of amounts reserved for Professional Services Fees | $517,375 |
| January | | Transfers made in Current Reporting Period | Amounts reserved for Professional Services Fees | $537,356 |
| | | | **Total Deposits/Transfers** | **$1,054,731** |

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/4/2017 | | Prime Clerk LLC | Claims and noticing agency | | $27,318 | $27,318 |
| 1/4/2017 | | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | | Prime Clerk LLC | Claims and noticing agency | | $3,408 | $3,408 |
| 1/18/2017 | | East West Bank | Bank Fees | | $12 | $12 |
| 1/18/2017 | | US Trustee | US Trustee | | $325 | $325 |
| 1/24/2017 | | CR3 Partners, LLC | Restructuring/management consulting | | $120,834 | $120,834 |
| 1/24/2017 | | East West Bank | Bank Fees | | $12 | $12 |
| 1/31/2017 | | Pachulski Stang Ziehl & Jones LLP | Legal services | | $112,931 | $112,931 |
| 1/31/2017 | | East West Bank | Bank Fees | | $12 | $12 |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0 | $264,864 | $264,864 |

| **Ending Balance - 1/31/17** | **$789,868** |
|---|---|

**CASH RECONCILIATION AT 1/31/2017**
**Attachment IA p3**

| ACCOUNT NAME | CIT - GENERAL | | EAST WEST GENENERAL | | TOTAL GENERAL | | EAST WEST PRO FEES | | CTG TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Book Balance at 1/31/2017 | $ | 10,000 | $ | 1,520,239 | $ | 1,530,239 | $ | 789,868 | $ | 2,320,107 |
| | | | | | | | | | |
| | | BANK ACCT # XXXXXX0565 | | BANK ACCT # 55-00006384 | | | | BANK ACCT # 55-00006391 | | |
| | | | | | | | | | |
| Balance per Bank at 1/31/2017 | $ | 10,000 | $ | 1,536,169 | $ | 1,546,169 | $ | 789,868 | $ | 2,336,036 |
| Outstanding checks | $ | - | $ | (15,929) | $ | (15,929) | $ | - | $ | (15,929) |
| | | | | | | | | | |
| ADJUSTED BANK BALACE AT 1/31/2017 | $ | 10,000 | $ | 1,520,239 | $ | 1,530,239 | $ | 789,868 | $ | 2,320,107 |
| | | | | | | | | | |
| Difference | $ | - | $ | - | $ | - | $ | - | |

| OUTSTANDING CHECKS | | | | | |
|---|---|---|---|---|---|
| **CHECK #** | | | | | |
| 15 | $ | - | $ | 1.12 | $ | 1.12 |
| 25 | $ | - | $ | 26.58 | $ | 26.58 |
| 121 | $ | - | $ | 204.00 | $ | 204.00 |
| 166 | $ | - | $ | 2,461.11 | $ | 2,461.11 |
| 197 | $ | - | $ | 496.10 | $ | 496.10 |
| 204 | $ | - | $ | 178.80 | $ | 178.80 |
| 215 | $ | - | $ | 6.79 | $ | 6.79 |
| 220 | $ | - | $ | 92.50 | $ | 92.50 |
| 226 | $ | - | $ | 165.90 | $ | 165.90 |
| 230 | $ | - | $ | 101.50 | $ | 101.50 |
| 233 | $ | - | $ | 851.66 | $ | 851.66 |
| 234 | $ | - | $ | 154.50 | $ | 154.50 |
| 236 | $ | - | $ | 5,020.00 | $ | 5,020.00 |
| 239 | $ | - | $ | 4,099.79 | $ | 4,099.79 |
| 242 | $ | - | $ | 644.00 | $ | 644.00 |
| 243 | $ | - | $ | 1,094.00 | $ | 1,094.00 |
| 244 | $ | - | $ | 110.36 | $ | 110.36 |
| 245 | $ | - | $ | 110.36 | $ | 110.36 |
| 246 | $ | - | $ | 110.36 | $ | 110.36 |
| | $ | - | $ | 15,929.43 | $ | 15,929.43 |
| | | | | | |
| Difference | $ | - | $ | - | $ | - |

## I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---:|
| General Account: (CIT Bank): | $ | 10,000 |
| General Account: (East West Bank): | $ | 1,520,239 |
| Payroll Account: | $ | - |
| Tax Account: | $ | - |
| *Other Accounts: Professional Fees Account (East West Bank): | $ | 789,868 |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | $ | 776 |

**TOTAL CASH AVAILABLE:** $ 2,320,883

Petty Cash Transactions:

| Date | Purpose | Amount | |
|---|---|---|---:|
| 12/31/2016 | Balance as of 12/31/2016 | $ | 1,036 |
| 1/16/2017 | Proceeds from miscellaneous asset sales | $ | 215 |
| 1/16/2017 | Office supplies | $ | (97) |
| 1/31/2017 | Employee meeting | $ | (330) |
| 1/31/2017 | Office supplies | $ | (58) |
| 1/31/2017 | Proceeds from miscellaneous asset sales | $ | 10 |

**TOTAL PETTY CASH TRANSACTIONS:** $ 776

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

# EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page   1   of   17
STARTING DATE: January 01, 2017
ENDING DATE: January 31, 2017
Total days in statement period: 31
55-00006384
( 78 )

CHANNEL TECHNOLOGIES GROUP , LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11912
GENERAL OPERATING
879 WARD DR
SANTA BARBARA CA 93111-2920

Ensuring the security of your personal
information online is a top priority for us.
Visit the "Privacy and Security" link at
eastwestbank.com to find useful tips that
can help you prevent against cybercrime.

## Small Businesss Epayment Check

| | | | | |
|---|---|---|---|---|
| Account number | 55-00006384 | Beginning balance | | $1,748,244.48 |
| Enclosures | 78 | Total additions | (18) | 1,080,517.40 |
| Low balance | $864,107.77 | Total subtractions | (129) | 1,292,593.04 |
| Average balance | $1,212,770.86 | Ending balance | | $1,536,168.84 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-09 | Wire Trans-IN | SYQWEST, INC | 45,582.70 |
| | 01-10 | Pre-Auth Credit | EASTMAN KOD PAYMENTS 170110 1501229707 | 55,999.44 |
| | 01-10 | Deposit Bridge | | 15.00 |
| | 01-10 | Deposit Bridge | | 1,113.24 |
| | 01-12 | Deposit Bridge | | 13,009.57 |
| | 01-17 | Deposit Bridge | | 3,218.73 |
| | 01-18 | Onln Bkg Trft C | FR ACC 05500006391 | 325.00 |
| | 01-19 | Deposit Bridge | | 9,916.23 |
| | 01-20 | Pre-Auth Credit | CHANNEL TECH ACH SWEEP CIT TO EW - REACTION | |
| | | | 35 RENT - LEAVE $10K | 12,496.86 |
| | 01-23 | Pre-Auth Credit | DFAS-CO INVOICE 170120 | 27,924.60 |
| | 01-23 | Deposit Bridge | | 35,006.22 |
| | 01-24 | Pre-Auth Credit | CHANNEL TECH ACH SWEEP CIT TO EWB - NAVY | 215,521.99 |
| | 01-27 | Deposit Bridge | | 100.00 |
| | 01-30 | Wire Trans-IN | N F SMITH & ASSOCI ATES LP | 8,325.00 |
| | 01-30 | Wire Trans-IN | SYQWEST, INC | 45,582.70 |
| | 01-30 | Pre-Auth Credit | ALCON RESEARCH EDI PAYMNT 170130 | 300,000.00 |
| | 01-30 | Pre-Auth Credit | CHANNEL TECH ACH SWEEP CIT TO EW NA VY | 306,329.00 |
| | 01-31 | Deposit Bridge | | 51.12 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 20 | 01-04 | 178.47 | 136 * | 01-05 | 664.30 |
| 29 * | 01-12 | 19.12 | 153 * | 01-06 | 660.52 |
| 58 * | 01-10 | 678.00 | 155 * | 01-03 | 100.00 |
| 63 * | 01-13 | 235.00 | 159 * | 01-04 | 341.30 |
| 79 * | 01-03 | 136.08 | 165 * | 01-06 | 1,380.19 |

3409     rev 05-16

# EASTWESTBANK  Your financial bridge®

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

**ACCOUNT STATEMENT**
Page  1  of  2
STARTING DATE: January 01, 2017
ENDING DATE: January 31, 2017
Total days in statement period: 31
55-00006391
( 0)

CHANNEL TECHNOLOGIES GROUP , LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11912
EXPENSE ACCOUNT
879 WARD DR
SANTA BARBARA CA 93111-2920

> Ensuring the security of your personal information online is a top priority for us. Visit the "Privacy and Security" link at eastwestbank.com to find useful tips that can help you prevent against cybercrime.

## Small Businesss Epayment Check

| Account number | 55-00006391 | Beginning balance | | $517,374.97 |
|---|---|---|---|---|
| Low balance | $517,374.97 | Total additions | ( 6) | 537,356.23 |
| Average balance | $737,510.37 | Total subtractions | ( 9) | 264,863.60 |
| | | Ending balance | | $789,867.60 |



## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-04 | Onln Bkg Trft C | FR ACC 05500006384 | 109,723.00 |
| | 01-10 | Onln Bkg Trft C | FR ACC 05500006384 | 76,457.23 |
| | 01-10 | Onln Bkg Trft C | FR ACC 05500006384 | 85,919.00 |
| | 01-18 | Onln Bkg Trft C | FR ACC 05500006384 | 85,919.00 |
| | 01-24 | Onln Bkg Trft C | FR ACC 05500006384 | 85,919.00 |
| | 01-30 | Onln Bkg Trft C | FR ACC 05500006384 | 93,419.00 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-04 | Outgoing Wire | Prime Clerk LLC | 27,317.96 |
| 01-04 | Service Charge | OUTGOING WIRE | 12.00 |
| 01-18 | Outgoing Wire | Prime Clerk LLC | 3,408.22 |
| 01-18 | Service Charge | OUTGOING WIRE | 12.00 |
| 01-18 | Onln Bkg Trfn D | TO ACC 05500006384 | 325.00 |
| 01-24 | Outgoing Wire | CR3 Partners, LLC | 120,833.60 |
| 01-24 | Service Charge | OUTGOING WIRE | 12.00 |
| 01-31 | Outgoing Wire | Pachulski Stang Zi ehl & Jones LLP | 112,930.82 |
| 01-31 | Service Charge | OUTGOING WIRE | 12.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 517,374.97 | 01-18 | 844,318.02 | 01-31 | 789,867.60 |
| 01-04 | 599,768.01 | 01-24 | 809,391.42 | | |
| 01-10 | 762,144.24 | 01-30 | 902,810.42 | | |

3409    rev 05-16



75 N. FAIR OAKS AVENUE
PASADENA, CA 91103
888 984-7692

Page 1 of 2

**Account Number: XXXXXX0565**
**Statement Date: January 31, 2017**
**Days in Statement Period: 31**

00002306 TOWCM202002017020236 05 00000000



CHANNEL TECHNOLOGIES GROUP, LLC
GENERAL ACCOUNT
879 WARD DR
SANTA BARBARA CA 93111-2920

THANK YOU FOR BANKING WITH US!

| Previous Statement Balance as of 12-31-16 | Deposits & Credits | | Checks, Debits & Miscellaneous Charges | | Ending Balance as of 01-31-17 |
|---|---|---|---|---|---|
| | # | Amount | # | Amount | |
| $10,000.00 | 5 | $538,469.33 | 6 | $538,469.33 | $10,000.00 |

--- **Deposits and Credits** ---

## ACH

| Date | Description | Amount |
|---|---|---|
| 01/19 | ACH CREDIT REACTION 35, LLC DEPOSIT BIZEDP  BIZEDP   CCD | $14,220.23 |
| 01/20 | ACH CREDIT OTHER GOVERNMENT INV.PAYMEN 3051036625  3051036625CTX | $215,521.99 |
| 01/27 | ACH CREDIT OTHER GOVERNMENT INV.PAYMEN 3051036625  3051036625CTX | $101,220.18 |
| 01/27 | ACH CREDIT OTHER GOVERNMENT INV.PAYMEN 3051036625  3051036625CTX | $207,502.82 |

**Total Number of ACH: 4**                                    **Total Amount of ACH: $538,465.22**

## BRANCH & MISCELLANEOUS CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/03 | Interest Transfer Cr  FROM ACCT NO. 1811000294 FROM CD NO.  0000000001 | $4.11 |

**Total Number of Miscellaneous Credits: 1**            **Total Amount of Miscellaneous Credits: $4.11**



00002306 0000713 0001 0002 TOWCM202002017020236 05 0010165S

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| *N/A - No Payments made to secured creditors or lessors this reporting period* | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $          - |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:  $          -
Total Wages Paid:  $      494,691

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | $          - | | |
| State Withholding | $          - | | |
| FICA- Employer's Share | $          - | | |
| FICA- Employee's Share | $          - | | |
| Federal Unemployment | $          - | | |
| Sales and Use | $          - | | |
| Real Property | $          - | | |
| Other: | $          - | | |
| TOTAL: | $          - | $          - | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | $ 187,535 | $ - | $ 762,029 |
| 31 - 60 days | $ 6,832 | $ - | $ 52,221 |
| 61 - 90 days | $ - | $ - | $ 460 |
| 91 - 120 days | $ - | $ 17,165 | $ - |
| Over 120 days | $ - | $ - | $ - |
| TOTAL: | $ 194,367 | $ 17,165 | $ 814,710 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Cyber | Federal Insurance Co. | $1,000,000 | 5/31/2017 | 5/31/2017 |
| Property | Affiliated FM | $78,500,000 | 3/31/2017 | 3/31/2017 |
| Directors/EPL/Fiduciary | Allied World Assuarnce Co | $5,000,000 | 3/31/2017 | 3/31/2017 |
| Casualty+Umbrella | One Beacon Ins Co. | $1M to $15M | 3/31/2017 | 3/31/2017 |
| Worker's Compensation | The Hartford | Statutory | Biweekly | 2/10/2017 |
| Others: | | | | |
| | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing ⌃ |
|---|---|---|---|---|---|
| 31-Dec-2016 | $ 7,302,673 | $ 13,000 | 24-Jan-2017 | $ 325 | $ 12,675 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | $ 13,000 | | $ 325 | $ 12,675 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

⌃ Balance was paid in February

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | *N/A - no Payments made to Insiders* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | *N/A - no Payments made to Insiders* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)
### *Attachment IX*

| | January 2017 Current Month | | 10/15/16 to 1/31/2017 Cumulative Post-Petition |
|---|---|---|---|
| Gross Sales/Revenue | $ | 1,354,201 | $ | 4,820,151 |
| Cost of Sales | $ | 2,268,744 | $ | 2,046,212 |
| Gross Profit | $ | (914,543) | $ | 2,773,939 |
| General and Administrative expense | $ | 945,767 | $ | 2,973,436 |
| Interest expense (Income) | $ | 12,193 | $ | 27,957 |
| Gain on sale of MSI assets | $ | - | $ | (952,560) |
| Net income (Loss) | $ | (1,872,502) | $ | 725,106 |

## BALANCE SHEET
### January 31, 2017
### *Attachment X*

| | | |
|---|---|---:|
| Cash | $ | 2,320,883 |
| Restricted cash (Letter of Credit) | $ | 7,460 |
| Accounts Receivables | $ | 831,875 |
| Reserve for Accounts Receivables | $ | - |
| Unbilled Revenue (A/R) | $ | 873,111 |
| Inventory, Net | $ | 1,122,470 |
| Prepaid Expenses | $ | 450,143 |
| Total Current Assets | $ | 5,605,942 |
| | | |
| Property, Plant and Equipment | $ | 9,901,516 |
| Accumulated Depreciation | $ | (7,269,833) |
| Net Property, Plant and Equipment | $ | 2,631,682 |
| | | |
| Deposits | $ | 17,499 |
| Other Assets | $ | 17,499 |
| | | |
| Total Assets | $ | 8,255,123 |
| | | |
| Post-petition Liabilities | | |
| Trade Payables | $ | 194,555 |
| Accrued Wages | $ | 279,852 |
| Accrued Payroll taxes | $ | 31,032 |
| Accrued Bonus | $ | 200,000 |
| Accrued Fringes | $ | 157,660 |
| Accrued Vacation | $ | 63,663 |
| Accrued Interest | $ | 76,678 |
| Unearned Revenue/Customer Advances | $ | 100,000 |
| Dip Loan | $ | 1,460,000 |
| Professional Fees | $ | 702,024 |
| Secured Debt | $ | - |
| Other | $ | 3,120 |
| Total Post-Petition Liabilities | $ | 3,268,584 |
| | | |
| Pre-Petition Liabilities | | |
| Trade Payables | $ | 691,213 |
| Accrued Vacation | $ | 258,752 |
| Accrued Severance | $ | 124,023 |
| Accrued Interest | $ | 69,197 |
| Unearned Revenue/Customer Advances | $ | 4,086,858 |
| Program Loss Reserves | $ | 92,295 |
| Deposit | $ | 25,413 |
| Total Pre-Petition Liability | $ | 5,347,750 |
| | | |
| Intercompany Balance | $ | 13,701,628 |
| | | |
| Equity | | |
| Pre-petition Owners' Equity | $ | (14,787,946) |
| Post Petition Profit (loss) | $ | 725,107 |
| Direct Charges to Equity | $ | - |
| Total Equity | $ | (14,062,839) |
| | | |
| Total Liabilities a | $ | 8,255,123 |
| | | |
| | | $0.00 |

This is to certify that the following described commodity was weighed, measured or counted by a weighmaster, whose signature is on this certificate, who is recognized authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of Division 5 of the California Business and Professions Code administered by the Division of Measurement Standards of the California Department of Food and Agriculture.

WEIGHMASTER BY:    ILYSSIA ZEPEDA                                        DEPUTY



# STANDARD INDUSTRIES

**Weighed At:**
1905 Lirio Avenue
Ventura, CA 93004
**RC11013**
**PR0424**

**INVOICE DATE:** 12/23/2016
**RECEIVED DATE:** 12/20/2016

CHATE
CHANNEL TECHNOLOGIES
ATTN:DIRECTOR OF FACILITY
839 WARD DR
SANTA BARBARA        CA  93111

**RECEIVER NUMBER:** 860351
**PAYBY:** A/P
**BATCH:** 7616

| NUMBER | DESCRIPTION | GROSS | TARE | NET | PRICE / UM | AMOUNT |
|--------|-------------|-------|------|-----|------------|--------|
| 3INSWIR | #3 INSUL CU WIRE 35-40% RECOV | 1,584 | 493 | 1,091 | 0.30 / LB | $327.30 |
| Comment: BOX LL584 | | | | | | |
| 3INSWIR | #3 INSUL CU WIRE 35-40% RECOV | 1,336 | 518 | 818 | 0.30 / LB | $245.40 |
| Comment: BOX LB542 | | | | | | |
| MLC | M.L.C. ALUMINUM - CLEAN | 2,522 | 520 | 2,002 | 0.27 / LB | $540.54 |
| Comment: BOX LL125 | | | | | | |

**Total** $1,113.24

Memo:38509

# WE APPRECIATE YOUR BUSINESS

I hereby certify that I am the lawful owner of the merchandise listed above, and this merchandise is free of encumbrances, and that I am of legal age.

I also certify that the weights shown above are correct and final, and receipt of the amount shown above is hereby acknowledged in full payment for the merchandise I am selling.

ACCEPTED: _____        ID: _____



**STANDARD INDUSTRIES**

1905 Lirio Avenue
Ventura, CA 93004
805-643-6669

Montecito Bank & Trust
1023 Casitas Pass Rd.
Carpinteria, CA 93013

90-347/81222

180071

PAY TO THE ORDER OF

CHANNEL TECHNOLOGIES
ATTN:DIRECTOR OF FACILITY
839 WARD DR
SANTA BARBARA, CA 93111

PAY EXACTLY

| Check # | Date | Amount |
|---|---|---|
| 180071 | 01/05/2017 | *****1,113.24 |

*****1,113  DOLLARS AND  24  CENTS

STANDARD INDUSTRIES



**STANDARD INDUSTRIES**
1905 Lirio Avenue
Ventura, CA 93004
805-643-6669

Montecito Bank & Trust
1023 Casitas Pass Rd.
Carpinteria, CA 93013

180344

90-3478/1222

| Check # | Date | Amount |
|---|---|---|
| 180344 | 01/25/2017 | *****51.12 |

PAY EXACTLY

PAY TO THE ORDER OF

*****51  DOLLARS AND  12  CENTS

CHANNEL TECHNOLOGIES
ATTN:DIRECTOR OF FACILITY
839 WARD DR
SANTA BARBARA, CA  93111

STANDARD INDUSTRIES

⑈180344⑈ ⑆122234783⑆ 195⑈022127⑈

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,   David Tiffany,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUBMISSION OF AMENDED MONTHLY OPERATING REPORT FOR THE PERIOD JANUARY 1, 2017 – JANUARY 31, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 16, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**By Federal Express**
The Honorable Peter H. Carroll
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 230 / Ctrm. 201
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 16, 2017 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Mailing Information for Case 9:16-bk-11912-PC**

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- Daniel Denny    ddenny@gibsondunn.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Michael S Greger    mgreger@allenmatkins.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Samuel A Newman    snewman@gibsondunn.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Reed H Olmstead    reed@olmstead.law, olmstead.ecf@gmail.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson    alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:303000.4 13817/002