**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Brian D. Fittipaldi, Bar No. 146864
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile: (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:16-bk-11912-PC |
| Channel Technologies Group, LLC, A | Chapter 11 |
| Debtor. | **APPOINTMENT AND NOTICE APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | **(No Hearing Required)** |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following (4) four Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

Dated: April 7, 2017          OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Jennifer L. Braun
Jennifer L. Braun
Assistant U.S. Trustee

**In re: Channel Technologies Group, LLC, Exhibit A**

(1) Lockheed Martin Corporation
7 Barnabas Road
Marion, Massachusetts 02738
Attn: Patricia Hanson

Phone: 774-553-6303
Fax:    508-748-9574
E-mail:  patricia.hanson@lmco.com

Other Contacts:

Lockheed Martin Corporation
Rotary and Mission Systems
9500 Godwin Drive
Manassas, Virginia 20110
Attn: Jon Mellis, Esq.

Phone: 703-367-1836
Fax:    703-367-3328
E-mail: jon.mellis@lmco.com


Christopher Donoho, III, Esq.
M. Shane Johnson, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022

Phone: 212-918-3000
Fax:    212-918-3100
E-mail: chris.donoho@hoganlovells.com; shane.johnson@hoganlovells.com


(2) Water Store
94 Frederick Lopez
Goleta, California 93117
Attn: William Risser, President

Phone: 805-683-9600
Fax:    805-967-4649
E-mail: h20hobo@cox.net

| | |
|---|---|
| 1 | (3) CEC, Inc. |
| | P.O. Box 23245 |
| 2 | Santa Barbara, California 93121 |
| | Attn: Jason Carlton, President |
| 3 | |
| 4 | Phone: 805-637-5340 |
| | Fax:    N/A |
| 5 | E-mail: carltonjason0@gmail.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled: **APPOINTMENT AND NOTICE APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/7/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **4/7/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/7/2017 | Gabriel A Rodriguez | /s/ Gabriel A Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST FOR PROOF OF SERVICE

| **Served Electronically** | **Served By U.S. Mail** |
|---|---|

**Served Electronically**

- Leslie A Cohen   Leslie@Lesliecohenlaw.Com, Jaime@Lesliecohenlaw.Com;Brian@Lesliecohenlaw.Com
- Daniel Denny   Ddenny@Gibsondunn.Com
- Jeffrey W Dulberg   Jdulberg@Pszjlaw.Com
- Brian D Fittipaldi   Brian.Fittipaldi@Usdoj.Gov
- Michael S Greger   Mgreger@Allenmatkins.Com
- William W Huckins   Whuckins@Allenmatkins.Com, Clynch@Allenmatkins.Com
- Elan S Levey   Elan.Levey@Usdoj.Gov, Louisa.Lin@Usdoj.Gov
- David W. Meadows   David@Davidwmeadowslaw.Com
- Samuel A Newman   Snewman@Gibsondunn.Com
- Victoria Newmark   Vnewmark@Pszjlaw.Com
- Reed H Olmstead   Reed@Olmstead.Law, Olmstead.Ecf@Gmail.Com
- United States Trustee (Nd)   Ustpregion16.Nd.Ecf@Usdoj.Gov
- Alan J Watson   Alan.Watson@Hklaw.Com, Gloria.Hoshiko@Hklaw.Com

**Served By U.S. Mail**

John J Monaghan
Holland & Knight Llp
10 St. James Avenue
Boston, MA 02116

Pachulski Stang Ziehl & Jones Llp
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Bae Systems
Attn: Kim Dean
65 River Road
Hudson, NH 03051-5228

**Served By U.S. Mail**

The Honorable Peter Carroll
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

Channel Technologies Group, Llc,
879 Ward Drive
Santa Barbara, CA 93111

Lockheed Martin Corporation
7 Barnabas Road
Marion, Massachusetts 02738
Attn: Patricia Hanson

Lockheed Martin Corporation
Rotary And Mission Systems
9500 Godwin Drive
Manassas, Virginia 20110
Attn: Jon Mellis, Esq.

Christopher Donoho, Iii, Esq.
M. Shane Johnson, Esq.
Hogan Lovells Us Llp
875 Third Avenue
New York, New York 10022

Water Store
94 Frederick Lopez
Goleta, California 93117
Attn: William Risser, President

CEC, Inc.
P.O. Box 23245
Santa Barbara, California 93121
Attn: Jason Carlton, President

Science Applicatication Intern'l
Attn: Laura Hyden
151 Lafayette Drive, Suite 301
Po Box 2501
Oak Ridge, TN 37831

| | |
|---|---|
| Mel Chemicals<br>Attn: Patricia Jones<br>14271 Collection Center Drive<br>Chicago, Il 60693 | Precision Screw Machine Prod<br>Attn: Joseph Moreshead<br>30 Gooch Street<br>Po Box 1944<br>Biddeford, ME 04005 |
| Alion<br>Attn: Paul Hendryz<br>1000 Burr Ridge Parkway, Suite 202<br>Willowbrook, IL 60527-0845 | Leidos<br>Attn: Heather Hamlette<br>22635 Davis Drive Dr., Suite 160<br>Sterling, VA 20164-7103 |
| Advanced Geoenvironment Al, Inc<br>2300 Knoll Dr., Unit L<br>Ventura, CA 93003 | Heraeus Precious Metals<br>Attn: Ryan Hermann<br>24 Union Hill Road West<br>Conshohocken, PA 19428 |
| CNC Machining, Inc<br>Attn: Greg Brous<br>510 S. Fairview Avenue<br>Goleta, CA 93117 | Kaiyo Denshi<br>Attn: Chieko Murakami<br>5-19-13 Suneori-cho<br>Tsurugashima,<br>Saitama, Japan 350-2211 |
| Value Based Solutions<br>Attn: Roland Ciaramitaro<br>1651 Crossings Parkway, Suites B&C<br>Westlake, OH 44145 | Astro Industries<br>Attn: A. Hinders<br>4403 Dayton Xenia Road<br>Beavercreek, OH 45432 |
| Cal West Environmental<br>Attn: Cathy Williams<br>2386 First Street<br>La Verne, CA 91750-5545 | Phoenix International Holdings<br>Attn: O. Glover/Ken Pollock<br>9301 Largo Drive West<br>Upper Marlboro, MD 20774 |
| NRL & Associates, Inc.<br>Attn: Jeff Rumsey<br>245 Log Canoe Circle, Suite 1<br>Stevensville, MD 21666 | Mi-Tech Metals, Inc.<br>Attn: Kathi Slaughter<br>4701 Massachusetts Ave.<br>Indianapolis, IN 46218-3144 |
| Grainger<br>Attn: Tracy Dillon<br>101 S. Rice Road<br>Oxnard, CA 93030 | Morgan Technical Ceramics<br>Attn: Kay Griffiths<br>Vauxhall Industrial Estate Ll14<br>6hy Ruabon Wrexham<br>United Kingdom |
| Glenair, Inc.<br>Attn: Pam Ama-Hawkins<br>1211 Air Way<br>Glendale, CA 91201 | Mission Uniform Service<br>Attn: William Slade<br>725 E. Montecito<br>Santa Barbara, CA 93102 |