Joshua L. Celeste, Esq.
Duffy & Sweeney, Ltd.
1800 Financial Plaza
Providence, RI 02903
Telephone: 401.455.0700
Facsimile: 401.455.0701
Email: jceleste@duffysweeney.com

Attorneys for SyQwest, Inc.

**FILED AUG - 9 2017**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,[1]<br><br>Debtor. | Case No.: 9:16-bk-11912-PC<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF CLAIM 32-1** |

SyQwest, Inc., hereby withdraws proof of claim number 32-1 filed on or about May 10, 2017 in the amount of $7,775,000.00, with prejudice, and authorizes the Court to reflect this withdrawal on the official claims register.[2]

Dated: August 4, 2017

DUFFY & SWEENEY, LTD.

By _____
Joshua L. Celeste
Attorneys for SyQwest, Inc.

---

[1] The last four digits of the Debtor's Tax Identification Number are: 0460. The Debtor's mailing address is: 879 Ward Drive, Santa Barbara, CA 93111.

[2] Prime Clerk, the Debtor's claims agent, identifies SyQwest's claim as Claim #89.