Laura Davis Jones (DE Bar No. 2436) (*Admitted Pro Hac Vice*)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ljones@pszjlaw.com
          jdulberg@pszjlaw.com

Attorneys for Channel Technologies Group, LLC,
Chapter 11 Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:16-bk-11912-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC,[1] | Chapter 11 |
| Debtor. | **SUBMISSION OF MONTHLY OPERATING REPORT FOR THE PERIOD MARCH 1, 2018– MARCH 31, 2018** |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY**

**JUDGE AND ALL INTERESTED PARTIES**:

  Channel Technologies Group, LLC, the above-captioned Chapter 11 debtor, hereby submits

its Monthly Operating Report for the period March 1, 2018 – March 31, 2018.

Dated: May 14, 2018     PACHULSKI STANG ZIEHL & JONES LLP

             By */s/ Jeffrey W. Dulberg*
                Jeffrey W. Dulberg

             Attorneys for Channel Technologies
             Group, LLC, Debtor and Debtor in
             Possession

---

[1] The last four digits of the Debtor's Tax Identification Number are: 0460. The Debtor's mailing address is: 8714 East Sandalwood Dr., Scottsdale, AZ 85250.

DOCS_LA:314310.1 13817/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Channel Technologies Group, LLC | Case Number: | 9:16-bk-11912-PC |
| | Operating Report Number: | 17 |
| Debtor(s). | For the Month Ending: | 03/31/18 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $18,008,280

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $16,960,192

3.  BEGINNING BALANCE: — $1,048,089

4.  RECEIPTS DURING CURRENT PERIOD:
    - Accounts Receivable - Post-filing — $0
    - Accounts Receivable - Pre-filing — $0
    - General Sales — $0
    - Other (Specify)

    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD: — $0

5.  BALANCE: — $1,048,089

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    - Transfers to Other DIP Accounts (from page 2) — $0
    - Disbursements (from page 2) — $139

    TOTAL DISBURSEMENTS THIS PERIOD:*** — $139

7.  ENDING BALANCE: — $1,047,950

8.  General Account Number(s): — 5500006384

    Depository Name & Location: — East West Bank
    135 N. Los Robles Ave., Suite 600
    Pasadena, CA 91101

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM *PROFESSIONAL SERVICES ACCOUNT* FOR CURRENT PERIOD

| Deposits | | | | | Amount |
|---|---|---|---|---|---|
| ITD  Dec | | Ending Balance - Prior Period | Balance of amounts reserved for Professional Services Fees | | $81,078 |
| | | Funds Returned | | | $0 |
| | | Funds Returned | | | $0 |
| | | | | | $0 |
| | | | | **Total Deposits/Transfers** | **$81,078** |

| Date mm/dd/yyyy | Check Number | Payee or  DIP account | Purpose | Amount Transfered | Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/23/2018 | ACH | Pachulski Stang Ziehl & Jones LLP | Legal services | | $19,509 | $19,509 |
| 3/16/2018 | ACH | CR3 Partners | Restructuring/management consulting | | $4,964 | $4,964 |
| 3/20/2018 | ACH | Prime Clerk LLC | Restructuring/management consulting | | $5,549 | $5,549 |
| 3/23/2018 | ACH | Wire fee | East West bank | | $12 | $12 |
| 3/16/2018 | ACH | Wire fee | East West bank | | $12 | $12 |
| 3/20/2018 | ACH | Wire fee | East West bank | | $12 | $12 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0 | $30,058 | $30,058 |

| | |
|---|---|
| **Ending Balance - 3/31/18** | **$51,020** |

ok

Ref (IA p2-Professional Fees)

**CASH RECONCILIATION AT 3/31/2018**
**Attachment IA p3**

| ACCOUNT NAME | CIT - GENERAL | EAST WEST GENENERAL | TOTAL GENERAL | EAST WEST PRO FEES | CTG TOTAL |
|---|---|---|---|---|---|
| Book Balance at 3/31/18 | $0 | $1,047,950 | $1,047,950 | $51,020 | $1,098,970 |
| | BANK ACCT # XXXXXX0565 | BANK ACCT # 55-00006384 | | BANK ACCT # 55-00006391 | |
| Balance per Bank at 3/31/18 | $0 | $1,048,016 | $1,048,016 | $51,020 | $1,099,036 |
| Outstanding checks | $0 | ($66) | ($66) | $0 | ($66) |
| ADJUSTED BANK BALACE AT 3/31/18 | $0 | $1,047,950 | $1,047,950 | $51,020 | $1,098,970 |
| Difference | $0 | ($0) | ($0) | $0 | |

| OUTSTANDING CHECKS CHECK # | | | |
|---|---|---|---|
| 15 | $0 | $1 | $1 |
| 25 | $0 | $27 | $27 |
| 283 | $0 | $38 | $38 |
| | $0 | $0 | $0 |
| | $0 | $66 | $66 |
| Difference | $0 | $0 | $0 |

TOTAL DISBURSEMENTS FROM *GENERAL ACCOUNT* FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/1/2018 | N/A | East West Bank | Monthly Maintenance | | $60 | $60 |
| 3/2/2018 | N/A | East West Bank | wire module fee | | $18 | $18 |
| 3/2/2018 | N/A | East West Bank | Maintenance fee | | $16 | $16 |
| 3/2/2018 | N/A | East West Bank | Monthly fee | | $15 | $15 |
| 3/2/2018 | N/A | East West Bank | Maintenance fee | | $30 | $30 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0 | $139 | $139 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

I. D SUMMARY SCHEDULE OF CASH AT 3/31/18

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: (CIT Bank): | $0 |
| General Account: (East West Bank): | $1,048,016 |
| Payroll Account: | $0 |
| Tax Account: | $0 |
| *Other Accounts: Professional Fees Account (East West Bank): | $51,020 |
| *Other Monies: | |
| **Petty Cash (from below): | $0 |

**TOTAL CASH AVAILABLE:**          $1,099,036

ok

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | $0 |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH BALANCE:**          $0

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Alta Properties, Inc | *Monthly (June 2017 Rent)* | $0 | *N/A* | $128,370 |
| Blue Wolf Capital Fund II | *Dip Loan payment* | $0 | *N/A* | 1,525,790.00 |
| Blue Wolf Capital Fund II | *Intersest on Dip Loan* | $0 | *N/A* | 113,785.41 |
| Holland and Knight for Blue Wolf Capital Fund II | *Lender cost* | $0 | *N/A* | $204,860 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $1,972,805 |

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ $0
Total Wages Paid: _____ $0

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | $0 | | |
| State Withholding | $0 | | |
| FICA- Employer's Share | $0 | | |
| FICA- Employee's Share | $0 | | |
| Federal Unemployment | $0 | | |
| Sales and Use | $0 | | |
| Real Property | $0 | | |
| Other: _____ | $0 | | |
| TOTAL: | $0 | $ - | |

### IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | $0 | $0 | $0 |
| 31 - 60 days | $0 | $0 | $0 |
| 61 - 90 days | $0 | $0 | $0 |
| 91 - 120 days | $0 | $0 | $0 |
| Over 120 days | | $145,000 | $0 |
| TOTAL: | $0 | $145,000 | $0 |

### V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Cyber | Federal Insurance Co. | $1,000,000 | 10/1/2017 | 10/1/2017 |
| Property | Affiliated FM | $78,500,000 | 5/2/2018 | 5/2/2018 |
| Directors/EPL/Fiduciary | Allied World Assuarnce Co | $5,000,000 | 4/19/2020 | 4/19/2020 |
| Casualty+Umbrella | One Beacon Ins Co. | $1M to $15M | 3/31/2018 | 3/31/2018 |
| Worker's Compensation | The Hartford | Statutory | 5/17/2017 | 4/30/2017 |
| Others: | | | | |

### VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing ▲ |
|---|---|---|---|---|---|
| 31-Dec-2016 | $7,302,673 | $13,000 | 1/24/17 & 2/6/17 | $13,000 | $0 |
| 31-Mar-2017 | $4,521,001 | $10,400 | 4/13/2017 | $10,400 | $0 |
| 30-Jun-2017 | $4,422,143 | $10,400 | 6/20/2017 | $10,400 | $0 |
| 30-Sep-2017 | $857,916 | $4,875 | 10/23/2017 | $4,875 | $0 |
| 31-Dec-2017 | $122,208 | $1,950 | 2/2/2018 | $1,950 | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | $40,625 | | | $40,625 | $0 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | N/A - no Payments made to Insiders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | N/A - no Payments made to Insiders | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX Attachment

(ACCRUAL BASIS ONLY)
*Attachment IX*

| | **Mar-18**<br>Current Month | **10/15/16 to 3/31/18**<br>Cumulative Post-Petition |
|---|---|---|
| Gross Sales/Revenue | $0 | $8,061,223 |
| Cost of Sales | $0 | $7,056,954 |
| Gross Profit | $0 | $1,004,269 |
| General and Administrative expense | $30,197 | $6,383,044 |
| Interest expense (Income) | $0 | $70,081 |
| Gain on sale of MSI assets | $0 | ($3,018,114) |
| Net income (Loss) | ($30,197) | ($2,430,741) |

BALANCE SHEET

March 31, 2018

*Attachment X*

| | |
|---|---:|
| Cash | $1,098,970 |
| Restricted cash (Letter of Credit) | $7,460 |
| Accounts Receivables | $101,619 |
| Reserve for Accounts Receivables | $0 |
| Unbilled Revenue (A/R) | $0 |
| Inventory, Net | $0 |
| Prepaid Expenses | $230,000 |
| Total Current Assets | $1,438,049 |
| | |
| Property, Plant and Equipment | $0 |
| Accumulated Depreciation | $0 |
| Net Property, Plant and Equipment | $0 |
| | |
| Deposits | $0 |
| Other Assets | $0 |
| | |
| Total Assets | $1,438,049 |
| | |
| Post-petition Liabilities | |
| Trade Payables | $0 |
| Accrued Interest | $0 |
| Dip Loan | $0 |
| Professional Fees | $100,000 |
| Deposit | $0 |
| Total Post-Petition Liabilities | $100,000 |
| | |
| Pre-Petition Liabilities | |
| Trade Payables | $691,549 |
| Accrued Severance | $130,873 |
| Unearned Revenue/Customer Advances | $3,811,858 |
| Deposit | $0 |
| Total Pre-Petition Liability | $4,634,281 |
| | |
| Intercompany Balance | $13,701,628 |
| | |
| Equity | |
| Pre-petition Owners' Equity | ($14,567,119) |
| Post Petition Profit (loss) | ($2,430,741) |
| Direct Charges to Equity | $0 |
| Total Equity | ($16,997,860) |
| | |
| Total Liabilities and Equity | $1,438,048 |
| | |
| | ($0) |

## XI.  QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3.   State what progress was made during the reporting period toward filing a plan of reorganization

4.   Describe potential future developments which may have a significant impact on the case:

5.   Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,   David Tiffany,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

# EAST WEST BANK    Your financial bridge®

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
Total days in statement period: 28
55-00006384
( 1)

CHANNEL TECHNOLOGIES GROUP , LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11912
GENERAL OPERATING
879 WARD DR
SANTA BARBARA CA 93111-2920

Access your personal account on the go
with Mobile Banking! Check your balance,
transactions, and receive text alerts of
your banking activities on your mobile
device. Visit eastwestbank.com/mobile or
your local branch for details.

## Small Businesss Epayment Check

| | | | | | |
|---|---|---|---|---|---|
| Account number | 55-00006384 | | Beginning balance | | $999,584.81 |
| Enclosures | 1 | | Total additions | ( 2) | 50,668.93 |
| Low balance | $997,495.81 | | Total subtractions | ( 7) | 2,099.00 |
| Average balance | $1,021,540.67 | | Ending balance | | $1,048,154.74 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02-14 | Wire Trans-IN | FERNALD LAW GROUP APC | 43,380.93 |
| | 02-27 | Deposit | | 7,288.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1225 | 02-05 | 1,950.00 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 02-01 | Cash Managemnt | DEPBRIDGE+ MONTHLY MAINT. | 60.00 |
| 02-05 | Cash Managemnt | BB PREMIER ACH MOD ULE | 15.00 |
| 02-05 | Cash Managemnt | BB PREMIER WIRE MO DULE | 16.00 |
| 02-05 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 18.00 |
| 02-05 | Cash Managemnt | BB PREMIER ACH ORI G ACCT MAINT | 30.00 |
| 02-14 | Service Charge | WIRE TRANS-IN | 10.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 999,584.81 | 02-05 | 997,495.81 | 02-27 | 1,048,154.74 |
| 02-01 | 999,524.81 | 02-14 | 1,040,866.74 | | |

3409    rev 05-16

EAST WEST BANK  *Your financial bridge®*

9300 Flair Drive Suite 106
El Monte CA 91731

ACCOUNT STATEMENT
Page  2  of  3
STARTING DATE: February 01, 2018
ENDING DATE: February 28, 2018
55-00006384

CHANNEL TECHNOLOGIES GROUP , LLC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Checking Account** 5500006384
**Statement Date** 02/28/2018
**Page** 3 of 3



02/05/2018      1225      $1,950.00



02/05/2018      1225      $1,950.00

# EAST WEST BANK  Your financial bridge®

Direct inquiries to:
888 895-5650

9300 Flair Drive Suite 106
El Monte CA 91731

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: March 01, 2018
ENDING DATE: March 31, 2018
Total days in statement period: 31
55-00006391
( 0 )

CHANNEL TECHNOLOGIES GROUP , LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 16-11912
EXPENSE ACCOUNT
879 WARD DR
SANTA BARBARA CA 93111-2920

Access your personal account on the go with Mobile Banking! Check your balance, transactions, and receive text alerts of your banking activities on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Small Businesss Epayment Check

| | | | |
|---|---|---|---|
| Account number | 55-00006391 | Beginning balance | $81,078.23 |
| Low balance | $51,020.17 | Total additions ( 0 ) | .00 |
| Average balance | $70,689.93 | Total subtractions ( 6 ) | 30,058.06 |
| | | Ending balance | $51,020.17 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-16 | Outgoing Wire | CR3 Partners - new account | 4,964.00 |
| 03-16 | Service Charge | OUTGOING WIRE | 12.00 |
| 03-20 | Outgoing Wire | Prime Clerk LLC | 5,548.89 |
| 03-20 | Service Charge | OUTGOING WIRE | 12.00 |
| 03-23 | Outgoing Wire | Pachulski Stang Zi ehl & Jones LLP | 19,509.17 |
| 03-23 | Service Charge | OUTGOING WIRE | 12.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 81,078.23 | 03-20 | 70,541.34 | | |
| 03-16 | 76,102.23 | 03-23 | 51,020.17 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409        rev 05-16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SUBMISSION OF MONTHLY OPERATING REPORT FOR THE PERIOD MARCH 1, 2018 – MARCH 31, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 14, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 14, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Federal Express**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 230 / Ctrm. 201
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 14, 2018 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:303000.18 13817/002

**F 9013-3.1.PROOF.SERVICE**

## Mailing Information for Case 9:16-bk-11912-PC

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- leslie a cohen      leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;brian@lesliecohenlaw.com
- daniel denny      ddenny@gibsondunn.com
- brian d fittipaldi      brian.fittipaldi@usdoj.gov
- michael s greger      mgreger@allenmatkins.com
- william w huckins      whuckins@allenmatkins.com, clynch@allenmatkins.com
- elan s levey      elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- andrew b levin      alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- david w. meadows      david@davidwmeadowslaw.com
- samuel a newman      snewman@gibsondunn.com
- victoria newmark      vnewmark@pszjlaw.com
- reed h olmstead      reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- robert e opera      ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- united states trustee (nd)      ustpregion16.nd.ecf@usdoj.gov
- alan j watson      alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:303000.18 13817/002

**F 9013-3.1.PROOF.SERVICE**