1 | ROBERT E. OPERA – State Bar No. 101182
ropera@wcghlaw.com
2 | PETER W. LIANIDES – State Bar No. 160517
plianides@wcghlaw.com
3 | ANDREW B. LEVIN – State Bar No. 290209
alevin@wcghlaw.com
4 |
**WINTHROP COUCHOT**
5 | **GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
6 | Newport Beach, CA 92660
Telephone:   (949) 720-4100
7 | Facsimile:    (949) 720-4111
8 |
Counsel for Liquidating Trustee Appointed under
9 | Confirmed Chapter 11 Liquidating Plan

10 | **UNITED STATES BANKRUPTCY COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 | **NORTHERN DIVISION**

13 |
In re:

14 |
CHANNEL TECHNOLOGIES GROUP,
15 | LLC,

16 |

17 |          Debtor.

Case No. 9:16-bk-11912-DS

Chapter 11 Proceeding

**LIQUIDATING TRUSTEE'S POST-
CONFIRMATION STATUS REPORT**

[No Hearing Set]

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

234469

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES-IN-INTEREST:**

Corporate Recovery Associates, LLC, the liquidating trustee ("Liquidating Trustee") appointed under the confirmed Chapter 11 Liquidating Plan ("Plan")[1] [Docket No. 426] of Debtor Channel Technologies Group, LLC ("Debtor"), hereby submits the following Post-Confirmation Status Report ("Status Report"), as required by the Order Confirming Chapter 11 Liquidating Plan [Docket No. 473] ("Confirmation Order"), entered by the Court on March 2, 2017.

**A.    Occurrence of the Effective Date.**

The Effective Date of the Plan occurred on April 2, 2018.  On April 2, 2018, the Liquidating Trustee provided notice of the occurrence of the Effective Date pursuant to the filing and service of the Notice of: (1) Occurrence of Effective Date of Chapter 11 Liquidating Plan, and (2) Deadlines for Filing Certain Claims and Requests for Payment [Docket No. 547].

**B.    Status of the Debtor's Efforts to Consummate the Plan.**

The Plan provides, among other things, for the establishment of a liquidating trust ("Liquidating Trust") and the appointment of the Liquidating Trustee to act as the trustee of the Liquidating Trust.  The Liquidating Trust was organized and established to liquidate the assets of the Debtor's estate for the benefit of the holders of all Allowed General Unsecured Claims against the Debtor.  Pursuant to the terms of the Plan, the assets of the Debtor's estate, including but not limited to potential causes of action held by the Debtor's estate, were transferred to the Liquidating Trust on the Effective Date.

**1.    The Liquidating Trustee's Investigation of Causes of Action.**

The Liquidating Trustee is working diligently to identify and investigate potential causes of action that may be pursued for the benefit of the Debtor's creditors.

---

[1] Unless otherwise defined herein, the definitions of the capitalized terms contained herein are as set forth in the Plan.

234469

2.      **The Liquidating Trustee's Evaluation of the Claims Asserted Against the Debtor's Estate.**

Since the appointment of the Liquidating Trustee pursuant to the terms of the Plan, the Liquidating Trustee has devoted a significant amount of time and effort toward evaluating claims asserted against the Debtor in order to determine the validity of such claims and whether grounds exist to object to any such claims.  Approximately 430 unsecured claims have been asserted against the Debtor's estate, asserting initially more than $37.0 million in unsecured claims against the Debtor.

The Liquidating Trustee has identified more than 150 claims which are subject to dispute in this case.  The Liquidating Trustee has filed already objections to 134 claims, which are currently pending as of the date of this Status Report.

In addition to the pending claim objections, the Liquidating Trustee anticipates addressing, and, if appropriate, filing objections to, numerous other disputed claims, including, but not limited to, the following claims:

| Creditor | Claim |
|---|---|
| Alta Properties, Inc. | $2,460,518.00 |
| Ralph Phillips | $690,800.77 |
| Brent William Febo | $208,000.00 |
| Northrop Grumman Systems Corporation | $6,466,137.00 |
| United States Department of Defense | $1,394,429.56 |
| BAE Systems Information and Electronic Systems Integration Inc. | $500,000.00 |

The Liquidating Trustee anticipates that the resolution of a number of the above-referenced claims will be complex and time-consuming.

On July 12, 2018, the Court entered its Order Granting Liquidating Trustee's Ex Parte Motion for Order Extending Deadline to Object to Claims [Docket No. 653], pursuant to which the Court extended to November 30, 2018 the deadline for the Liquidating Trustee to file objections to claims asserted against the Debtor's estate.

234469

**3.    Resolution of the Lockheed Martin Claim.**

On April 10, 2017, Lockheed Martin Corporation-Rotary and Mission Systems ("Lockheed") filed a general unsecured claim in the amount of $19,568,400 ("Lockheed Claim"), based on an alleged breach of that certain Teaming Agreement, dated as of July 18, 2014, by and between the Debtor and Lockheed.  The Debtor engaged in settlement discussions with Lockheed regarding the resolution of the Lockheed Claim.  On or about April 3, 2018, the Liquidating Trustee entered into a stipulation with Lockheed, pursuant to which the Lockheed Claim was reduced from $19,568,400 to $3,841,683 and treated as an allowed general unsecured claim under the terms of the Plan.

**C.    Distributions Made Under the Plan.**

The Debtor has made all distributions with respect to allowed administrative claims required by the Plan.  The Plan is a "pot" plan and, accordingly, there is no fixed payment to holders of Allowed General Unsecured Claims.  As set forth hereinabove, the Liquidating Trustee is in the process of (i) investigating potential causes of action that may be pursued for the benefit of the Debtor's creditors and (ii) investigating claims asserted against the Debtor's estate, and if appropriate, the Liquidating Trustee intends to file additional objections to disputed claims.  This process is ongoing and is expected to continue for the next several months.  The recovery by creditors in this case will depend, in part, upon the amount of any recoveries realized by the Liquidating Trustee from the pursuit of avoidance claims and other litigation claims, and upon the success of objections to disputed claims asserted by the Liquidating Trustee. Accordingly, it is impossible at this time to predict either the timing or the ultimate recovery by creditors in this case.

**D.    Post-Confirmation Tax Liabilities.**

The Liquidating Trust does not have any post-confirmation tax liabilities.

**E.    The Liquidating Trustee's Ability to Continue to Comply with the Terms of the Plan.**

The Liquidating Trustee projects that it will be able to continue to comply with the terms of the Plan.

234469

1

### F.    Plan Consummation and Motion for Final Decree

2

While the Liquidating Trustee is acting diligently to liquidate the assets of the Liquidating

3    Trust, as set forth hereinabove, the Liquidating Trustee expects such efforts to take time and,

4    therefore, cannot provide an estimate as to the date by which the Plan will be fully consummated

5    and by which the Liquidating Trustee will be able to seek a final decree closing this case.

6    DATED:  July 31, 2018                    **WINTHROP COUCHOT**
                                              **GOLUBOW HOLLANDER, LLP**
7

8                                             By:_____/s/ *Andrew B. Levin*_____
                                                      Robert E. Opera
9                                                     Peter W. Lianides
                                                      Andrew B. Levin
10                                            Counsel for Liquidating Trustee Appointed under
                                              Confirmed Chapter 11 Liquidating Plan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

234469

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **LIQUIDATING TRUSTEE'S POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 31, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On July 31, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February __, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2018 | Andrew B. Levin | /s/ Andrew B. Levin |
|---|---|---|
| Date | Printed Name | Signature |

-6-

234469

NEF SERVICE LIST

- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com

- **Daniel Denny**    ddenny@gibsondunn.com

- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com

- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov

- **Michael S Greger**    mgreger@allenmatkins.com, kpreston@allenmatkins.com

- **William W Huckins**    whuckins@allenmatkins.com, clynch@allenmatkins.com

- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov

- **Andrew B Levin**    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;sly@wcghlaw.com

- **David W. Meadows**    david@davidwmeadowslaw.com

- **Samuel A Newman**    snewman@gibsondunn.com

- **Victoria Newmark**    vnewmark@pszjlaw.com

- **Reed H Olmstead**    reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com

- **Robert E Opera**    ropera@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com;Meir@virtualparalegalservices.com

- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

- **Alan J Watson**    alan.watson@hklaw.com, rosanna.perez@hklaw.com

234469

## SERVED BY UNITED STATES MAIL

Brian Fittipaldi, Esq.
Office of the U.S. Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Counsel for Northrop Grumman Corp.
Samuel A. Newman
Daniel B. Denny
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

Counsel for Attorneys for Creditor
BAE Systems Information and Electric
Systems Integration, Inc.
Robert R. Moore
Michael S. Greger/William W. Huckins
Allen Matkins
Three Embarcadero Center, 12th Fl.
San Francisco, CA  94111

Brent A. Lindstrom
Electro Optical Industries
Sales Director
410 Canon Drive
Santa Barbara, CA 93105

Counsel to Blue Wolf Capital Fund II,
L.P.
Alan J. Watson
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071-2040

Counsel for Landlord
Thomas N. Harding
Seed Mackall LLP
1332 Anacapa St., Suite 200
Santa Barbara, CA 93101

Joy Equipment Protection, Inc.
Post Office Box 1080
Carpinteria, CA  93014

Water Store
94 Frederick Lopez
Goleta, CA  93117
Attn:  William Risser, President

-8-

234469

1

CEC, Inc.
Post Office Box 23245
Santa Barbara, CA  93121
Attn:  Jason Carlton, President

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

234469