FOR COURT USE ONLY

FILED

AUG - 9 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                              Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**    ☑

| Name of Debtor(s) listed on the bankruptcy case:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC | CASE NO.: 9:16-bk-11912-DS<br><br>CHAPTER: 11 |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1.  This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

Attorneys who wish to make a change of mailing address must use CM/ECF.

2.  **Old Address:**

Name(s):    Victor Palato

Mailing Address:    5180 San Lorenzo Drive

City, State, Zip Code: Santa Barbara, CA 93111

3.  **New Address:**

Mailing Address:    6647 El Colegio Rd # D316

City, State, Zip Code: Goleta, Ca 93117

4.  ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

Date: 08/08/18        Victor Palato
                      Requestor's printed name(s)

                      Victor Palato
                      Requestor's signature(s)

                      _____
                      Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                      F 1002-1.3.CHANGE.ADDRESS