NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-3997
      Facsimile: (213) 894-7819
      E-mail: elan.levey@usdoj.gov

Attorneys for United States Department of the Navy

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>**NOTICE OF GOVERNMENT'S LAPSE OF APPROPRIATIONS**<br><br>[No Hearing Requested] |

**TO THE HONORABLE DEBORAH S. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, U.S. TRUSTEE'S OFFICE, AND ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT:**

1.    At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department"), of which the U.S. Attorney's Office is a component, expired; the expiration resulted in a lapse of appropriations to the Department. The Department does not know when funding will be restored by Congress.

///

///

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. As a result, undersigned counsel for the United States Department of the Navy ("Navy") will be unable to continue active representation and participation in this case on behalf of the Navy. This Notice is intended to inform the Debtor, U.S. Trustee's Office, and all creditors and interested parties that the Navy will be unlikely to be able to respond to issues regarding its interests until appropriations are restored.

4. The United States greatly regrets any disruption caused to the Court and the other litigants. As soon as Congress appropriates funds for the Department, undersigned counsel will be able to resume usual civil litigation functions.

Dated: January 3, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Elan S. Levey
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for the United States Department of the Navy

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**United States Attorney's Office, 300 N. Los Angeles Street, Room 7516, Los Angeles, CA 90012**

A true and correct copy of the foregoing document entitled **NOTICE OF GOVERNMENT'S LAPSE OF APPROPRIATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Peter J Benvenutti — pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- John P Byrne — John.Byrne@byrnelawcorp.com
- Cheryl S Chang — Chang@Blankrome.com, Hno@BlankRome.com
- Leslie A Cohen — leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Brian L Davidoff — bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Daniel Denny — ddenny@gibsondunn.com
- Jeffrey W Dulberg — jdulberg@pszjlaw.com
- Brian D Fittipaldi — brian.fittipaldi@usdoj.gov
- Richard H Golubow — rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Michael S Greger — mgreger@allenmatkins.com, kpreston@allenmatkins.com
- William W Huckins — whuckins@allenmatkins.com, clynch@allenmatkins.com
- Tobias S Keller — tkeller@kellerbenvenutti.com
- Ian Landsberg — ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- Elan S Levey — elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Andrew B Levin — alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- David W. Meadows — david@davidwmeadowslaw.com
- Samuel A Newman — snewman@gibsondunn.com
- Victoria Newmark — vnewmark@pszjlaw.com
- Reed H Olmstead — reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- Robert E Opera — ropera@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Christian A Orozco — thooker@lynnllp.com
- Christian A Orozco — corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas — crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Howard Steinberg — steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- United States Trustee (ND) — ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson — alan.watson@hklaw.com, rosanna.perez@hklaw.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**
On **January 3, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 3, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**: Hon. Deborah J. Saltzman, U.S. Bankruptcy Court, Bin outside of Suite 1634, 255 E. Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2019 | Lillian Arratia | _/s/ Lillian Arratia_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**
On *January 3, 2019*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CR3 Partners, LLC
*No address provided*

California Department of Tax and Fee Administration
*No address provided*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

Joy Equipment Protection Inc.
*No address provided*

Lockheed Martin
*No address provided*

John J Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Victor Palato
*No address provided*

Teofila Mendoza San Juan
*No address provided*

SyQwest, Inc.
*No address provided*

Timothy J. Trager
REICKER, PFAU, PYLE & McROY LLP
1421 State St Suite B
PO Box 1470
Santa Barbara, CA 93102

Water Store
94 Frederick Lopez
Goleta, CA 93117

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**