GRIFFITH & THORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Joseph M. Sholder, Bar No. 126347
Email: sholder@g-tlaw.com
Felicita A. Torres, Bar No. 298630
Email: torres@g-tlaw.com
Attorneys for Liquidating Trustee appointed under
Confirmed Chapter 11 Liquidating Plan

**FILED & ENTERED**

**FEB 19 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ortiz      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>**ORDER GRANTING LIQUIDATING TRUSTEE'S FOURTH EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS**<br><br>[No Hearing Required] |

The court having reviewed and considered the "Liquidating Trustee's Fourth *Ex Parte* Motion for Order Extending Deadline to Object to Claims" (the "Motion," Docket No. 786) filed by Corporate Recovery Associates, LLC, the Liquidating Trustee (the "Liquidating Trustee") appointed under the confirmed Chapter 11 Liquidating Plan (Docket No. 426) of debtor Channel Technologies Group, LLC, and good cause appearing therefor,

       IT IS HEREBY ORDERED that the Motion is granted.  The deadline to file objections to claims is extended from March 30, 2020 to March 29, 2021.

###

Date: February 19, 2020

_____
Deborah J. Saltzman
United States Bankruptcy Judge