| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Felicita A. Torres    Bar No. 298630<br>Griffith & Thornburgh, LLP<br>8 E. Figueroa Street, Suite 300<br>Santa Barbara, CA 93101<br>Phone:  805-965-5131<br>Fax:  805-965-6751<br>Email:  sholder@g-tlaw.com<br>Email:  torres@g-tlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Liquidating Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC<br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:16-bk-11912-DS<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>5th Ex Parte Motion to Extend Deadline |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Granting 5th Ex Parte Motion

was lodged on (*date*)  Jan. 14, 2021    and is attached. This order relates to the motion which is docket number    797.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                        **F 9021-1.2.BK.NOTICE.LODGMENT**

**G**RIFFITH & **T**HORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   Email: torres@g-tlaw.com

Attorneys for Liquidating Trustee Appointed under
Confirmed Chapter 11 Liquidating Plan

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>            DEBTOR. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>ORDER GRANTING LIQUIDATING TRUSTEE'S FIFTH EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS<br><br>(No Hearing Required) |

The court having reviewed and considered the "Liquidating Trustee's Fifth Ex Parte Motion for Order Extending Deadline to Object to Claims" (the "Motion," Docket No. ____) filed by Corporate Recovery Associates, LLC, the Liquidating Trustee appointed under the confirmed Chapter 11 Liquidating Plan (the "Plan," Docket No. 426) of debtor Channel Technologies Group, LLC, and good cause appearing therefor,

- 1 -

1  IT IS HEREBY ORDERED that the Motion is hereby granted. The deadline to file objections to claims is extended from March 29, 2021 to March 31, 2022, without prejudice to the Liquidating Trustee's right to seek further extensions of such deadline for cause shown.

* * *

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**Notice of Lodgment of Order**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **Jan. 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)          **, 2019** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Jan.    , 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Jan. 14, 2021 | Evelyn R. Downs | /s/Evelyn R. Downs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

In re:  Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

Peter J Benvenutti     pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Jonathan Boustani     jboustani@btlaw.com
- John P Byrne     John.Byrne@byrnelawcorp.com
- Cheryl S Chang     Chang@Blankrome.com, Hno@BlankRome.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Daniel Denny     ddenny@milbank.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
- Richard H Golubow     rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
- Tobias S Keller     tkeller@kellerbenvenutti.com
- Ian Landsberg     ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Andrew B Levin     alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- Stephen F Mcandrew     steve@kmcllp.com, steve@mcandrewlaw.net
- David W. Meadows     david@davidwmeadowslaw.com
- Samuel A Newman     snewman@gibsondunn.com
- Victoria Newmark     vnewmark@pszjlaw.com
- Reed H Olmstead     reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- Robert E Opera     ropera@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Christian A Orozco     , thooker@lynnllp.com
- Christian A Orozco     corozco@lynnllp.com, thooker@lynnllp.com
- Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Joseph M Sholder     sholder@g-tlaw.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**