GRIFFITH & THORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   Email: torres@g-tlaw.com

Attorneys for Liquidating Trustee Appointed under Confirmed Chapter 11 Liquidating Plan

**FILED & ENTERED**

**JAN 22 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>**ORDER GRANTING LIQUIDATING TRUSTEE'S FIFTH EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS** |

The court has reviewed and considered the "Liquidating Trustee's Fifth Ex Parte Motion for Order Extending Deadline to Object to Claims" (the "Motion," Docket No. 797). Based on the Motion and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The deadline to file objections to claims is extended from March 29, 2021 to March 31, 2022.

### ###

Date: January 22, 2021

_____
Deborah J. Saltzman
United States Bankruptcy Judge