In re:  Channel Technologies Group, LLC

Attachment to 2nd UST Quarterly Report – quarter ending June 30, 20211

Corporate Recovery Associates, LLC, the liquidating trustee ("Liquidating Trustee"), was appointed under the confirmed Chapter 11 Liquidating Plan ("Plan") [Docket No. 426] of Debtor Channel Technologies Group, LLC ("Debtor") to serve as trustee of the liquidating trust ("Liquidating Trust") established under the Plan.  The Liquidating Trust was organized and established to liquidate the assets of the Debtor's estate for the benefit of the holders of all Allowed General Unsecured Claims against the Debtor.  Pursuant to the terms of the Plan, the assets of the Debtor's estate, including but not limited to potential causes of action held by the Debtor's estate, were transferred to the Liquidating Trust on the Effective Date.

The Debtor has made all distributions with respect to allowed administrative claims required by the Plan.  The Plan is a "pot" plan and, accordingly, there is no fixed payment to holders of Allowed General Unsecured Claims.  The Liquidating Trustee is currently engaged in prosecuting estate Litigation Claims to attempt to obtain recovery for the benefit of the Debtor's creditors.  Moreover, if appropriate, the Liquidating Trustee will further investigate claims asserted against the Debtor's estate and will file additional objections to disputed claims.  The recovery by creditors in this case will largely depend upon the amount of any recoveries realized by the Liquidating Trustee from the pursuit of the remaining Litigation Claim, and upon the success of objections to disputed claims asserted by the Liquidating Trustee.

Given the status of the ongoing litigation and settlement efforts associated with the estate's Litigation Claims, and the fact that a cost-benefit analysis of

whether to pursue objections to pending claims cannot be effectively conducted until there is finality regarding the Litigation Claims, the Liquidating Trustee is unable to provide an estimate at this time as to the date by which the Plan will be fully consummated and by which the Liquidating Trustee will be able to seek a final decree closing this case.