In re:  Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): _____
**Liquidating Trustee's UST Quarterly Report (PCR) for quarter**
**Ending June 30, 2021 with attachment and proof of service**

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>July 21, 2021,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   **, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   **, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2021 | Evelyn R. Downs | /s/Evelyn R. Downs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In re:  Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

NEF Service:

Peter J Benvenutti      pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
•Jonathan Boustani      jboustani@btlaw.com
•John P Byrne      John.Byrne@byrnelawcorp.com
•Cheryl S Chang      Chang@Blankrome.com, Hno@BlankRome.com
•Leslie A Cohen      leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
•Brian L Davidoff      bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
•Daniel Denny      ddenny@milbank.com
•Jeffrey W Dulberg      jdulberg@pszjlaw.com
•Brian D Fittipaldi      brian.fittipaldi@usdoj.gov
•Richard H Golubow      rgolubow@wcghlaw.com,
pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
•Michael S Greger      mgreger@allenmatkins.com, kpreston@allenmatkins.com
•William W Huckins      whuckins@allenmatkins.com, clynch@allenmatkins.com
•Tobias S Keller      tkeller@kellerbenvenutti.com
•Ian Landsberg      ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-
law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
•Elan S Levey      elan.levey@usdoj.gov, louisa.lin@usdoj.gov
•Andrew B Levin      alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
•Stephen F Mcandrew      steve@kmcllp.com, steve@mcandrewlaw.net
•David W. Meadows      david@davidwmeadowslaw.com
•Samuel A Newman      snewman@gibsondunn.com
•Victoria Newmark      vnewmark@pszjlaw.com
•Reed H Olmstead      reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
•Robert E Opera      ropera@wcghlaw.com,
pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
•Christian A Orozco      , thooker@lynnllp.com
•Christian A Orozco      corozco@lynnllp.com, thooker@lynnllp.com
•Christopher O Rivas      crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
•Joseph M Sholder      sholder@g-tlaw.com
•Howard Steinberg      steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
• United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
•Alan J Watson      alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**