**G**RIFFITH & **T**HORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   Email: torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803   Email: rode@g-tlaw.com

Attorneys for Liquidating Trustee Appointed under
Confirmed Chapter 11 Liquidating Plan

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re ) | Case No. 9:16-bk-11912-DS |
| ) | |
| CHANNEL TECHNOLOGIES ) | Chapter 11 |
| GROUP, LLC, ) | |
| ) | **NOTICE OF ERRATA RE** |
| DEBTOR. ) | **LIQUIDATING TRUSTEE'S** |
| ) | **TWELFTH POST-CONFIRMATION** |
| ) | **STATUS REPORT** |
| ) | |
| ) | [No Hearing Set] |

PLEASE TAKE NOTICE that Liquidating Trustee corrects the last page of its Twelfth Post-Confirmation Status Report (Docket #813, filed 2-16-22) by inserting the missing word "time" as reflected on the attached corrected page.

DATED: February 18, 2022.           GRIFFITH & THORNBURGH, LLP

By _____
FELICITA A. TORRES
Attorneys for Liquidating Trustee
Appointed under Confirmed Ch. 11 Plan

the claim pending further evaluation and negotiations.

### E. The Liquidating Trustee's Ability to Continue to Comply with the Terms of the Plan.

The Liquidating Trustee projects that it will be able to continue to comply with the terms of the Plan.

### F. Plan Consummation and Motion for Final Decree

Now that all of the Litigation Claims filed in this case have been successfully resolved, the Liquidating Trustee is turning to a cost-benefit analysis of whether to pursue objections to disputed pending claims. The Liquidating Trustee expects that this thorough analysis will require devotion of significant **time**. For these reasons, the Liquidating Trustee is unable to provide an estimate as to the date by which the Plan will be fully consummated and by which the Liquidating Trustee will be able to seek a final decree closing this case.

DATED: February 16, 2022.

                        GRIFFITH & THORNBURGH, LLP

                        By _____
                          FELICITA A. TORRES
                          Attorneys for Liquidating Trustee
                          Appointed under Confirmed Ch. 11 Plan

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):    **Notice of Errata re 12th Post-Confirmation Status Report**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **Feb. 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **Feb. 18, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)    **, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Feb. 18, 2022 | Evelyn R. Downs | /s/Evelyn R. Downs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

In re:  Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

NEF Service:

Jonathan Boustani     jboustani@btlaw.com
John P Byrne     John.Byrne@byrnelawcorp.com
Cheryl S Chang     Chang@Blankrome.com, Hno@BlankRome.com
Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
Edward J Dennis     , eburch@lynnllp.com;srusso@lynnllp.com
Edward J Dennis     jdennis@lynnllp.com, eburch@lynnllp.com;srusso@lynnllp.com
Daniel Denny     ddenny@milbank.com
Jeffrey W Dulberg     jdulberg@pszjlaw.com
Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
Craig N Haring     charing@blankrome.com
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
Ian Landsberg     ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;cbullock@sklarkirsh.com
Paul J Laurin     plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
Elan S Levey     elan.levey@usdoj.gov, julie.morales@usdoj.gov
Andrew B Levin     ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
Stephen F Mcandrew     mcandrewsteve@gmail.com, steve@mcandrewlaw.net;steve@kmcllp.com
David W. Meadows     david@davidwmeadowslaw.com
Eliyahu Ness     eli_ness@outlook.com
Samuel A Newman     sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
Victoria Newmark     vnewmark@pszjlaw.com
Reed H Olmstead     reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
Robert E Opera     ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
Christian A Orozco     christian.a.orozco@usdoj.gov
Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Joseph M Sholder     sholder@g-tlaw.com
Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
Felicita A Torres     torres@g-tlaw.com
United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov
Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com

**USPS Regular Mail (creditors and Trustee):**

Brian Fittipaldi, Esq
Office of the US Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101

United States Trustee
915 Wilshire Blvd Ste 1850
Los Angeles, CA 90017

Counsel for Creditor BAE Systems Information and Electric
Robert R.  Moore, Esq.
Three Embarcadero Center 12th Floor
San Francisco, CA 94111

Joy Equipment Protection Inc
PO Box 1080
Carpinteria, CA 93014

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

In re:  Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

CEC Inc
Attn:  Jason Carlton President
PO Box 23245
Santa Barbara, CA 93121

Counsel to Blue Wolf Capital Fund II, LP
Alan J. Watson
Holland & Knight, LLP
400 South Hope Street 8th Floor
Los Angeles, CA 90071-2040

Counsel for Northrop Grumman Corp.
Samuel A. Newman
Gibson Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Counsel for Landlord
Thomas N. Harding
Seek Mackall LLP
1332 Anacapa Street Suite 200
Santa Barbara, CA 93101

Brent A Lindstrom
Electro Optical Industries
410 Canon Drive
Santa Barbara, CA 93105


**USPS Regular Mail (parties requesting special notice):**

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street  17th Floor
Wilmington, DE 19801

Adrian Garcia
2100 Ross Avenue, Ste 2700
Dallas, TX 75201

Sam Butler Hardy IV
2100 Ross Avenue, Ste.2700
Dallas, TX 75201

John J Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Timothy J. Trager
REICKER, PFAU, PYLE & McROY LLP
1421 State St Suite B
PO Box 1470
Santa Barbara, CA 93102

Water Store
94 Frederick Lopez
Goleta, CA 93117

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**