In re:  Channel Technologies Group, LLC

Attachment to UST Quarterly Report – quarter ending June 30, 2022


Corporate Recovery Associates, LLC, the liquidating trustee ("Liquidating Trustee"), was appointed under the confirmed Chapter 11 Liquidating Plan ("Plan") [Docket No. 426] of Debtor Channel Technologies Group, LLC ("Debtor") to serve as trustee of the liquidating trust ("Liquidating Trust") established under the Plan.  The Liquidating Trust was organized and established to liquidate the assets of the Debtor's estate for the benefit of the holders of all Allowed General Unsecured Claims against the Debtor. Pursuant to the terms of the Plan, the assets of the Debtor's estate, including but not limited to potential causes of action held by the Debtor's estate, were transferred to the Liquidating Trust on the Effective Date.

The Debtor has made all distributions with respect to allowed administrative claims required by the Plan. The Plan is a "pot" plan and, accordingly, there is no fixed payment to holders of Allowed General Unsecured Claims. The Liquidating Trustee has been actively engaged in prosecuting estate Litigation Claims to attempt to obtain recovery for the benefit of the Debtor's creditors. Throughout 2021, the last remaining Litigation Claim continued to be actively litigated, and the claim was ultimately resolved and liquidated via settlement.  Now, the Liquidating Trustee is further investigating claims asserted against the Debtor's estate and will negotiate settlement with holders of disputed claims and/or file additional objections to disputed claims, if appropriate.

After over three years of litigation, and with the recent resolution of the final Litigation Claim, all known assets of the Debtor have been liquidated.  Based on the successful resolution of the various Litigation Claims, the Liquidating Trustee

anticipates that there will be some distribution to the Debtor's unsecured creditors. The Liquidating Trustee is now evaluating whether, and to what extent, there would be a tangible benefit to creditors of further action regarding disputed claims and formal claims litigation that would outweigh the costs incurred in processing such objections.   Given the complexity of material outstanding claims, the investigation and analysis phase preliminary to filing any objections is likely to require dedication of significant time and resources.   The Liquidating Trustee is unable to provide an estimate, at this time, as to the date by which the Plan will be fully consummated and by which the Liquidating Trustee will be able to seek a final decree closing this case.

_____

Continuation of signature block of Name of Authorized Party (first page of report):


*   Corporate Recovery Associates, LLC, solely in its capacity as Liquidating Trustee

Continuation of signature block for Printed Name of Responsible Party (last page of report):

Richard Feferman, acting solely in his capacity as Senior Managing Director/Principal of Liquidating Trustee; and Corporate Recovery Associates, LLC, solely in its capacity as Liquidating Trustee.