## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CALIFORNIA

Chapter 11

In re: CHANNEL TECHNOLOGIES GROUP, LLC

Case Number: 16-11912 PC

Claim Number: 33 for $5,451.06

**DEBTOR**



### WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

> GEOFFREY E. SNYDER
> COMMISSIONER
> MASSACHUSETTS DEPARTMENT OF REVENUE
>
> By his duly authorized agent,
>
> /s/ Matthew Cote
> MASSACHUSETTS DEPARTMENT OF REVENUE
> BANKRUPTCY UNIT - COLLECTIONS BUREAU
> 200 ARLINGTON ST, CHELSEA, MA 02150
> PO BOX 7090 BOSTON, MA 02204-7090
> (617) 626-3875



| | |
|---|---|
| Geoffrey E. Snyder<br>Commissioner | **MASSACHUSETTS DEPARTMENT OF REVENUE**<br>**COLLECTIONS BUREAU - BANKRUPTCY UNIT**<br><br>**200 ARLINGTON ST, CHELSEA, MA 02150**<br>**PO BOX 7090, BOSTON, MA 02204-7090**<br>**Phone: (617) 626-3875    Fax: (617) 626-3796** |

In re: CHANNEL TECHNOLOGIES GROUP, LLC        Chapter 11
                                                                                              Case Number: 16-11912 PC

## CERTIFICATE OF SERVICE

I, Matthew Cote, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

JEFFREY W. DULBERG
10100 SANTA MONICA BLVD, Fl 13
LOS ANGELES, CA 90067-4003


Chapter 11 Trustee
915 WILSHIRE BLVD, Ste 1850
LOS ANGELES, CA 90017

/s/ Matthew Cote
MASSACHUSETTS DEPARTMENT OF REVENUE
10/04/2022