PAUL R GLASSMAN (State Bar No. 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
10100 Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
Email: pglassman@stradlinglaw.com

Attorneys for Creditor Alta Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| **In re:**<br><br>CHANNEL TECHNOLOGIES GROUP, LLC<br><br>**Debtors**. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**<br><br>[No hearing required.] |

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Alta Properties, Inc. and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010 and 11 U.S.C. § 1109(b), requests that copies of all notices given or required to be given and all papers served or required to be served in the above-captioned bankruptcy case, including any matter for which notice is limited by order of this Court, be transmitted via email to and served upon the following:

> PAUL R GLASSMAN (State Bar No. 76536)
> STRADLING YOCCA CARLSON & RAUTH, P.C.
> 10100 Santa Monica Blvd., Suite 1400
> Los Angeles, CA 90067
> Telephone: (424) 214-7000
> Facsimile: (424) 214-7010
> Email: pglassman@stradlinglaw.com
>
> **With copies to**:
> THOMAS N. HARDING (State Bar No. 115754)
> STRADLING YOCCA CARLSON & RAUTH, P.C.
> 800 Anacapa Street, Suite A
> Santa Barbara, CA 93101
> Telephone: (805) 730-6805
> Facsimile: (949) 725-4100
> Email: tharding@stradlinglaw.com

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, including disclosure statements or plans, whether formal or informal, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned bankruptcy cases and any and all proceedings therein and related thereto.

**PLEASE TAKE FURTHER NOTICE** that Alta Properties, Inc. intends that neither this Notice of Appearance and Request for Service of Papers nor any other appearance, claim, or suit shall waive its right: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in the chapter 11 cases, any controversy, or proceeding relating to the chapter 11 cases, or in any other case; (3) to have

1 the District Court withdraw the reference in any matter subject to mandatory or discretionary

2 withdrawal; (4) to have any final order entered by, or other exercise of the judicial power of the

3 United States performed by, an Article III court; (5) to assert any objection to the jurisdiction of

4 the Bankruptcy Court; or (6) any other rights, claims, actions, setoffs, or recoupments to which

5 it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs,

6 and recoupments are expressly reserved.

Respectfully submitted,

Dated:  October 20, 2022      STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: */s/ Paul R. Glassman*
     Paul R. Glassman

Attorneys for Creditor Alta Properties, Inc.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., Suite 1400, Los Angeles, CA 90067

A true and correct copy of the foregoing document NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 20, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jonathan Boustani    jboustani@btlaw.com
- John P Byrne    John.Byrne@byrnelawcorp.com
- Cheryl S Chang    Chang@Blankrome.com, Hno@BlankRome.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com
- Edward J Dennis    jdennis@lynnllp.com, eburch@lynnllp.com;sgottsch@lynnllp.com
- Daniel Denny    ddenny@milbank.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Craig N Haring    charing@blankrome.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- Andrew B Levin    ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- Stephen F Mcandrew    mcandrewsteve@gmail.com, steve@mcandrewlaw.net;steve@kmcllp.com
- David W. Meadows    david@davidwmeadowslaw.com
- Eliyahu Ness    eness@perkinscoie.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Reed H Olmstead    reed@olmstead.law, r41602@notify.bestcase.com
- Robert E Opera    ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Christian A Orozco    christian.a.orozco@usdoj.gov
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Joseph M Sholder    sholder@g-tlaw.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- Felicita A Torres    torres@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u>

completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 20, 2022 | Christine Pesis | /s/ Christine Pesis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |