**BARNES & THORNBURG LLP**
PAUL J. LAURIN (SBN 136287)
paul.laurin@btlaw.com
JONATHAN J. BOUSTANI (SBN 274748)
jonathan.boustani@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: 310-284-3880
Facsimile:   310-284-3894

JONATHAN D. SUNDHEIMER
jsundheimer@btlaw.com
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317-231-7319
Facsimile:   317-231-7433

*Attorneys for CTS Corporation and
CTG Advanced Materials, LLC
n/k/a CTS Advanced Materials, LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:16-bk-11912-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC, | Chapter 11 |
| DEBTOR. | **NOTICE OF WITHDRAWAL OF CLAIMS OF CTS CORPORATION AND CTG ADVANCED MATERIALS, LLC N/K/A CTS ADVANCED MATERIALS, LLC** |

# NOTICE OF WITHDRAWAL AND WAIVER OF
# CLAIMS BY CTS CORPORATION AND CTG ADVANCED MATERIALS, LLC
# N/K/A CTS ADVANCED MATERIALS, LLC

PLEASE TAKE NOTICE that CTS Corporation and CTG Advanced Materials, LLC n/k/a CTS Advanced Materials, LLC, by and through counsel, hereby waive, release and withdraw any and all claims for payment from Corporate Recovery Associates, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC (the "Debtor"), or related to the Debtor's bankruptcy estate, including all scheduled claims and all filed proofs of claim.

Dated: November 17, 2022                     **BARNES & THORNBURG LLP**

                                             By: */s/ Jonathan J. Boustani*
                                                 Paul J. Laurin
                                                 Jonathan J. Boustani

                                             *Attorneys for CTS Corporation and CTG Advanced Materials, LLC n/k/a CTS Advanced Materials, LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 300, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF CLAIMS OF CTS CORPORATION AND CTG ADVANCED MATERIALS, LLC N/K/A CTS ADVANCED MATERIALS, LLC**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 17, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2022 | Stephanie L. Moore | /s/ Stephanie L. Moore |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-2-

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Jonathan Boustani**   jboustani@btlaw.com
- **John P Byrne**   John.Byrne@byrnelawcorp.com
- **Cheryl S Chang**   Chang@Blankrome.com, Hno@BlankRome.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com
- **Edward J Dennis**   jdennis@lynnllp.com, eburch@lynnllp.com;sgottsch@lynnllp.com
- **Daniel Denny**   ddenny@milbank.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Paul R. Glassman**   pglassman@stradlinglaw.com
- **Michael S Greger**   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Craig N Haring**   charing@blankrome.com
- **William W Huckins**   whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Mette H Kurth**   mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Ian Landsberg**   ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- **Paul J Laurin**   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;
- **Elan S Levey**   elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Andrew B Levin**   ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Stephen F Mcandrew**   mcandrewsteve@gmail.com, steve@mcandrewlaw.net;steve@kmcllp.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Eliyahu Ness**   eness@perkinscoie.com
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Reed H Olmstead**   reed@olmstead.law, r41602@notify.bestcase.com
- **Robert E Opera**   ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Christian A Orozco**   christian.a.orozco@usdoj.gov
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Joseph M Sholder**   sholder@g-tlaw.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **Felicita A Torres**   torres@g-tlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Alan J Watson**   alan.watson@hklaw.com, <u>rosanna.perez@hklaw.com</u>

**2. SERVED BY UNITED STATES MAIL**:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

**Adrian Garcia**
2100 Ross Avenue, Ste 2700
Dallas, TX 75201

**Sam Butler Hardy IV**
2100 Ross Avenue, Ste.2700
Dallas, TX 75201

**John J Monaghan**
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

**Timothy J. Trager**
REICKER, PFAU, PYLE & McROY LLP
1421 State St Suite B
PO Box 1470
Santa Barbara, CA 93102

**Water Store**
94 Frederick Lopez
Goleta, CA 93117

24324662v1