In re:  Channel Technologies Group, LLC

Attachment to UST Quarterly Report – quarter ending December 31, 2022

Corporate Recovery Associates, LLC, the liquidating trustee ("Liquidating Trustee"), was appointed under the confirmed Chapter 11 Liquidating Plan ("Plan") [Docket No. 426] of Debtor Channel Technologies Group, LLC ("Debtor") to serve as trustee of the liquidating trust ("Liquidating Trust") established under the Plan.  The Liquidating Trust was organized and established to liquidate the assets of the Debtor's estate for the benefit of the holders of all Allowed General Unsecured Claims against the Debtor. Pursuant to the terms of the Plan, the assets of the Debtor's estate, including but not limited to potential causes of action held by the Debtor's estate, were transferred to the Liquidating Trust on the Effective Date.

The Debtor has made all distributions with respect to allowed administrative claims required by the Plan. The Plan is a "pot" plan and, accordingly, there is no fixed payment to holders of Allowed General Unsecured Claims. Between 2018 and January 2022, the Liquidating Trustee was actively engaged in prosecuting estate Litigation Claims to attempt to obtain recovery for the benefit of the Debtor's creditors. Throughout 2021, the last remaining Litigation Claim continued to be litigated, and the claim was ultimately resolved and liquidated via settlement.  Now, the Liquidating Trustee is further investigating claims asserted against the Debtor's estate and will negotiate settlement with holders of disputed claims and/or file additional objections to disputed claims, if appropriate.

Based on the successful resolution of the various Litigation Claims, the Liquidating Trustee anticipates that there will be some distribution to the Debtor's unsecured creditors.

After almost four years of litigation, and since the formal settlement of the last pending Litigation Claim in early 2022, Liquidating Trustee has been engaged in extensive evaluation and analysis, on a per-claim basis, of remaining claims (both scheduled and filed), and is in various stages of negotiation with certain claimants. The Liquidating Trustee expects to continue this effort as it enters the later phase of the claim reconciliation process, and continues to negotiate resolution of pending disputable claims. Given the pending extensive claims reconciliation and resolution tasks being performed by the Liquidating Trustee, it is unable at this time to predict with precision either the timing or the ultimate recovery by creditors in this case. However, the Liquidating Trustee will be prepared to promptly file a motion for final decree after claims reconciliation is completed, and all claim disputes are resolved.

_____

Continuation of signature block of Name of Authorized Party (first page of report):

*  Corporate Recovery Associates, LLC, solely in its capacity as Liquidating Trustee

Continuation of signature block for Printed Name of Responsible Party (last page of report):

*  Richard Feferman, acting solely in his capacity as Senior Managing Director/Principal of Liquidating Trustee; and Corporate Recovery Associates, LLC, solely in its capacity as Liquidating Trustee.