| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Felicita A. Torres   Bar No.298630<br>Lauren A. Rode   Bar No. 281803<br>Griffith & Thornburgh, LLP<br>8 E. Figueroa Street, Suite 300<br>Santa Barbara, CA 93101<br>Phone:  805-965-5131<br>Fax:  805-965-6751<br>Email:  rode@g-tlaw.com<br>Email:  torres@g-tlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Liquidating Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC<br><br><br><br><br>Debtor(s) | CASE NO.: 9:16-bk-11912-DS<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>7th Ex Parte Motion to Extend Deadline |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Granting 7th Ex Parte Motion

was lodged on (*date*)  January 20, 2023    and is attached. This order relates to the motion which is docket number  853.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   Email: torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803   Email: rode@g-tlaw.com

Attorneys for Liquidating Trustee Appointed under
Confirmed Chapter 11 Liquidating Plan

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>　　　　　　　DEBTOR. | Case No. 9:16-bk-11912-DS<br><br>Chapter 11<br><br>ORDER GRANTING LIQUIDATING TRUSTEE'S SEVENTH EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS<br><br>(No Hearing Required) |

  The court has reviewed and considered the "Liquidating Trustee's Seventh Ex Parte Motion for Order Extending Deadline to Object to Claims" (the "Motion," Docket No. 853). Based upon the Motion and the record in this case, and good cause appearing,

- 1 -

IT IS HEREBY ORDERED that the Motion is hereby granted. The deadline to file objections to claims is extended from March 31, 2023 to June 30, 2023.

* * *

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**Notice of Lodgment of Order**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **Jan. 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **Jan. 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Jan. 20, 2023 | Evelyn R. Downs | /s/Evelyn R. Downs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

NEF Service:

Jonathan Boustani    jboustani@btlaw.com
John P Byrne    John.Byrne@byrnelawcorp.com
Cheryl S Chang    Chang@Blankrome.com, Hno@BlankRome.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com
Edward J Dennis    jdennis@lynnllp.com, eburch@lynnllp.com;sgottsch@lynnllp.com
Daniel Denny    ddenny@milbank.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
Paul R. Glassman    pglassman@stradlinglaw.com
Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
Craig N Haring    charing@blankrome.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
Mette H Kurth    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov
Andrew B Levin    ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
Stephen F Mcandrew    mcandrewsteve@gmail.com, steve@mcandrewlaw.net;steve@kmcllp.com
David W. Meadows    david@davidwmeadowslaw.com
Eliyahu Ness    eness@perkinscoie.com
Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
Victoria Newmark    vnewmark@pszjlaw.com
Reed H Olmstead    reed@olmstead.law, r41602@notify.bestcase.com
Robert E Opera    ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Christian A Orozco    christian.a.orozco@usdoj.gov
Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Joseph M Sholder    sholder@g-tlaw.com
Ross Spence    ross@sdllaw.com, brittany@sdllaw.com;justin@sdllaw.com;stacey@sdllaw.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
Felicita A Torres    torres@g-tlaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**