**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
SANTA BARBARA, CA 93101
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Felicita A. Torres, Bar No. 298630   Email: torres@g-tlaw.com
Lauren A. Rode, Bar No. 281803  Email: rode@g-tlaw.com

Attorneys for Liquidating Trustee Appointed under Confirmed Chapter 11 Liquidating Plan

FILED & ENTERED

JUL 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:16-bk-11912-DS |
| CHANNEL TECHNOLOGIES GROUP, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING OMNIBUS OBJECTION TO CLAIMS AS RELEASED AND ASSUMED BY MSI TRANSDUCERS CORP.**<br><br>Hearing:<br>Date: July 11, 2023<br>Time: 11:30 a.m.<br>Place: Courtroom 201<br>      1415 State Street<br>      Santa Barbara, CA 93101<br>      (via ZoomGov) |

The court held a hearing at the above time and place on the "Omnibus Objection to Claims As Released and Assumed by MSI Transducers Corp." (the "Motion," Docket No. 890). Per the court's final ruling, appearances were waived. After reviewing and considering the Motion and the record in this case,

IT IS HEREBY ORDERED THAT the Motion is granted.

### 

Date: July 12, 2023

Deborah J. Saltzman
United States Bankruptcy Judge