| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Felicita A. Torres  Bar No. 298630<br>GRIFFITH & THORNBURGH, LLP<br>8 East Figueroa Street, Suite 300<br>Santa Barbara, CA  93101<br>Tel:  805-965-5131<br>Fax:  805-965-6751<br>Email:  torres@g-tlaw.com<br><br>*Attorney for:* Corporate Recovery Associates, LLC, as the Liquidating Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br>CHANNEL TECHNOLOGIES GROUP, LLC, | CASE NO.: 9:16-bk-11912-DS<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor. | |
| Plaintiff(s).<br>vs. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Schuyler G. Carroll _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(specify name of party)*:
Corporate Recovery Associates, LLC, as the Liquidating Trustee

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016 | Page 1 | F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm *(specify name and address of law firm)*:
Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction)*:
NY State, 1993; District Courts for Eastern, Southern and Western NY 1993; Nothern District, 1996; U.S. Court of Appeals for the Second Circuit 2022

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| C.D. California | 2:23-bk-14154-SK | In re Ittella International | 8/14/2023 | Granted |
| C.D. California | 2:23-bk-15574-NB | In re Aleksandr Vitalievich Sabadash | 8/31/2023 | Granted |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Felicita A. Torres

Name and address of law firm, or residence address:
Griffith & Thornburgh, LLP, 8 East Figueroa Street, Suite 300, Santa Barbara, CA  93101


Telephone number of law firm:
805.965.5131

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                    Page 2                    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 12/7/2023

_____
Signature of applicant

Schuyler G. Carroll
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 12/8/2023

_____
Signature of Designee

Felicita A. Torres
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

Generated: Dec 8, 2023 2:52PM                                                                                                    Page 1/1



# U.S. District Court

## California Central - Los Angeles

Receipt Date: Dec 8, 2023 2:52PM

Schuyler G. Carroll
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

Rcpt. No: 10972            Trans. Date: Dec 8, 2023 2:52PM                              Cashier ID: #MM

| CD  | Purpose      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|--------------|----------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DCAC224AT002024      | 1   | 500.00 | 500.00 |

| CD | Tender |           |           | Amt      |
|----|--------|-----------|-----------|----------|
| CH | Check  | #5099853  | 12/8/2023 | $500.00  |

Total Due Prior to Payment: $500.00
Total Tendered: $500.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** Felicita A. Torres (Bar #298630) GRIFFITH & THORNBURGH, LLP 8 East Figueroa Street, Suite 300 Santa Barbara, CA. 93101 Tel: 805-965-5131 Email: torres@g-tlaw.com Case Number: 9:16-bk-11912-DS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 East Figueroa Street, Suite 300, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1 (b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 12/11/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
PLEASE SEE ATTACHED SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 12/11/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
PLEASE SEE ATTACHED SERVICE LIST.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/11/23 | Kimberlie Cordero | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016 — Page 4 — F 2090-1.2.APP.NONRES.ATTY

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

## SERVICE LIST

<u>ECF Service:</u>

- **Jonathan Boustani**    jboustani@btlaw.com, slmoore@btlaw.com
- **John P Byrne**    John.Byrne@byrnelawcorp.com
- **Cheryl S Chang**    cheryl.chang@blankrome.com, Hno@BlankRome.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- **Edward J Dennis**    jdennis@lynnllp.com, eburch@lynnllp.com;sgottsch@lynnllp.com
- **Daniel Denny**    ddenny@milbank.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Paul R. Glassman**    pglassman@stradlinglaw.com
- **Michael S Greger**    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- **Craig N Haring**    charing@blankrome.com
- **William W Huckins**    whuckins@allenmatkins.com, clynch@allenmatkins.com;igold@allenmatkins.com
- **Mette H Kurth**    mkurth@cm.law, mette-kurth-7580@ecf.pacerpro.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **Elan S Levey**    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Andrew B Levin**    andrewl@flgsd.com, sandray@flgsd.com;candic@flgsd.com
- **Stephen F Mcandrew**    mcandrewsteve@gmail.com, steve@mcandrewlaw.net;steve@kmcllp.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Eliyahu Ness**    eness@perkinscoie.com
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Reed H Olmstead**    reed@olmstead.law, r41602@notify.bestcase.com
- **Robert E Opera**    ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Christian A Orozco**    christian.a.orozco@usdoj.gov
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Joseph M Sholder**    sholder@g-tlaw.com
- **Ross Spence**    ross@sdllaw.com, brittany@sdllaw.com;justin@sdllaw.com;lauren@sdllaw.com;heejin@sdllaw.com
- **Adam D Stein-Sapir**    info@pfllc.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **Felicita A Torres**    torres@g-tlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Alan J Watson**    alan.watson@hklaw.com, <u>rosanna.perez@hklaw.com</u>

In re: Channel Technologies Group, LLC
United States Bankruptcy Court, Case No. 9:16-bk-11912-DS

<u>Served by U.S. Mail</u>:

Lindstrom Brent
300 Malaga Drive
Montecito, CA 93108

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Adrian Garcia
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201

Sam Butler Hardy IV
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201

John J Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Timothy J. Trager
REICKER, PFAU, PYLE & McROY LLP
1421 State St., Suite B
PO Box 1470
Santa Barbara, CA 93102

Water Store
94 Frederick Lopez
Goleta, CA 93117